| *Attorney or Party without Attorney:* RICHARD J. POCKER ESQ., Bar #3568<br>BOIES, SCHILLER AND FLEXNER LLP<br>300 SOUTH FOURTH STREET<br>SUITE 800<br>LAS VEGAS, NV 89101<br>*Telephone No:* | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiffs | *Ref. No. or File No.:* 8307.0001 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The District Of Arizona

*Plaintiffs:* SOLARCITY CORPORATION
*Defendant:* SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRI

| **AFFIDAVIT OF SERVICE SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* CV-15-00374-PHX-DLR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR ANTITRUST VIOLATIONS AND BUSINESS TORTS; CIVIL COVER SHEET; ORDER

3. a. *Party served:*      SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT

4. *Address where the party was served:*      c/o TERRILL LONDON, CORPORATE SECRETARY
1521 N. PROJECT DRIVE
TEMPE, AZ 85281

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Mar. 03, 2015 (2) at: 2:29PM

7. *Person Who Served Papers:*      *Fee for Service:*    $208.25
   a. NATHANIEL MAYO



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

8. I declare under penalty of perjury under the laws of the State of ARIZONA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
SUMMONS IN A CIVIL
3/9/15

NATHANIEL MAYO NC-8561