BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (#012548)
300 South Fourth Street, Suite 800
Las Vegas, NV  89101
Telephone:  (702) 382-7300
Facsimile:  (702) 382-2755
rpocker@bsfllp.com

WILLIAM A. ISAACSON *(pro hac vice to be filed)*
KAREN L. DUNN *(pro hac vice to be filed)*
5301 Wisconsin Avenue, NW
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

STEVEN C. HOLTZMAN *(admitted pro hac vice)*
JOHN F. COVE, JR. *(admitted pro hac vice)*
KIERAN P. RINGGENBERG *(admitted pro hac vice)*
1999 Harrison Street, Suite 900
Oakland, CA  94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
jcove@bsfllp.com
kringgenberg@bsfllp.com

*Additional counsel on next page*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>                          Plaintiff,<br><br>vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>                          Defendant. | No.  2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF PLAINTIFF SOLARCITY CORPORATION'S DISCOVERY REQUESTS** |

1  SEAN P. RODRIGUEZ *(admitted pro hac vice)*
    1999 Harrison Street, Suite 900
2  Oakland, CA  94612
3  Telephone: (510) 874-1000
    Facsimile: (510) 874-1460
4  srodriguez@bsfllp.com

5
    COPPERSMITH BROCKELMAN PLC
6  KEITH BEAUCHAMP (#012434)
    ROOPALI H. DESAI (#024295)
7  2800 North Central Avenue, Suite 1200
    Phoenix, Arizona 85004
8  Telephone:  (602) 381-5490
9  Facsimile:   (602) 224-6020
    kbeauchamp@cblawyers.com
10 rdesai@cblawyers.com

11 *Attorneys for Plaintiff SolarCity Corporation*

12

13

14                              *            *            *

Plaintiff SolarCity Corporation, by and through its attorneys, and pursuant to LRCiv 5.2, gives notice that it has on March 26, 2015 served the following documents on Defendant's counsel via overnight delivery and electronic mail transmission: (1) Plaintiff SolarCity Corporation's First Set of Requests for Production of Documents to Defendant Salt River Project Agricultural and Power District, and Schedule A thereto; (2) Plaintiff SolarCity Corporation's Second Set of Requests for Production of Documents to Defendant Salt River Project Agricultural and Power District, and Schedule A thereto; and (3) Plaintiff SolarCity Corporation's First Set of Interrogatories to Defendant Salt River Project Agricultural and Power District.

DATED:  March 27, 2015             BOIES, SCHILLER & FLEXNER LLP


By:   s/Sean P. Rodriguez
         Sean P. Rodriguez

*Attorneys for Plaintiff SolarCity Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
Quintin Cushner (027303)
Jason M. Porter (027475)

WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Eric J. Mahr *(admitted pro hac vice)*
Christopher E Babbitt *(admitted pro hac vice)*

                                            s/Sean P. Rodriguez
                                            Sean P. Rodriguez