# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

SolarCity Corporation

    Plaintiff(s)/Petitioner(s),

vs.

Salt River Project Agricultural Improvement and Power District

    Defendant(s)/Respondent(s)

CASE NO: CV-15-00374-PHX-DLR

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 30 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, William A. Isaacson, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of SolarCity Corporation.

City and State of Principal Residence: Washington, D.C.
Firm Name: Boies, Schiller & Flexner LLP
Address: 5301 Wisconsin Ave NW    Suite: 800
City: Washington    State: DC    Zip: 20015
Firm/Business Phone: (202) 237-2727
Firm Fax Phone: (202) 237-6131    E-mail Address: wisaacson@bsfllp.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| See ATTACHMENT A | | ☑ Yes  ☐ No* |
| | | ☑ Yes  ☐ No* |
| | | ☑ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ☑ No
Have you ever been disbarred from practice in any Court?  ☐ Yes  ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

03/27/15
Date

Signature of Applicant

Fee Receipt # PHX156744

(Rev. 04/12)

# ATTACHMENT A

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING | |
|---|---|---|---|
| U.S. Court of Appeals for the Fourth Circuit | 08/21/1992 | ☒ YES | ☐ NO |
| U.S. Court of Appeals for the Fifth Circuit | 07/28/2000 | ☒ YES | ☐ NO |
| U.S. Court of Appeals for the Sixth Circuit | 04/26/2004 | ☒ YES | ☐ NO |
| U.S. Court of Appeals for the 8th Circuit | 11/30/1988 | ☒ YES | ☐ NO |
| U.S. District Court, District of Maryland | 07/16/1993 | ☒ YES | ☐ NO |
| U.S. District Court for the District of Columbia | 12/5/1988 | ☒ YES | ☐ NO |
| D.C. Court of Appeals | 07/29/1988 | ☒ YES | ☐ NO |
| D.C. Superior Court | 07/29/1988 | ☒ YES | ☐ NO |
| Pennsylvania Supreme Court | 11/19/1987 | ☒ YES | ☐ NO |

# United States District & Bankruptcy Courts for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**WILLIAM A. ISAACSON**

was, on the  5th  day of   December   A.D.  1988   admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  25th  day of  March  A.D. 2015.



**ANGELA D. CAESAR, CLERK**

By: _Michael Darby_
**Public Operations Administrator**