# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>　　　　　　　Defendant. | No. CV-15-00374-PHX-DLR<br><br>**ORDER** |

　　　The Court having reviewed the parties' Stipulation (Doc. 30) Re: (1) Deadline for Plaintiff to File First Amended Complaint; (2) Deadline for Defendant to File Motion to Dismiss Plaintiff's Initial Complaint; (3) Deadlines to File Motion to Dismiss Plaintiff's First Amended Complaint and Response and Reply Thereto; and (4) Page Limits for Motion to Dismiss Briefing, (Doc. 30) and good cause appearing,

　　　**IT IS HEREBY ORDERED** that the Stipulation (Doc. 30) is granted.

　　　**IT IS FURTHER ORDERED** that Defendant shall respond to Plaintiff's March 24, 2015 notice of state law damages claims by May 15, 2015.

　　　**IT IS FURTHER ORDERED** that Plaintiff shall file its First Amended Complaint by May 20, 2015.

　　　**IT IS FURTHER ORDERED** that Defendant's deadline for responding to Plaintiff's initial Complaint is extended until Plaintiff files its First Amendment Complaint.

**IT IS FURTHER ORDERED** that:

a. Defendant shall have until June 23, 2015, to file its Motion to Dismiss Plaintiff's First Amended Complaint.

b. Plaintiff shall have until July 24, 2015 to file its Response to Defendant's Motion to Dismiss.

c. Defendant shall have until August 12, 2015 to file a Reply in support of its Motion to Dismiss.

**IT IS FURTHER ORDERED** that:

a. Defendant's Motion to Dismiss may not exceed thirty (30) pages, exclusive of attachments.

b. Plaintiff's Response may not exceed thirty (30) pages, exclusive of attachments.

Dated this 6th day of May, 2015.

_____
Douglas L. Rayes
United States District Judge

- 2 -