1  WILMER CUTLER PICKERING HALE AND DORR LLP
   Eric Mahr (*admitted pro hac vice*)
2  Christopher E. Babbitt (*admitted pro hac vice*)
   1875 Pennsylvania Avenue NW
3  Washington, DC 20006
   Telephone:  (202) 663 6000
4  Facsimile:   (202) 663 6363
   eric.mahr@wilmerhale.com
5  christopher.babbitt@wilmerhale.com

6  STEPTOE & JOHNSON LLP
   Paul K. Charlton (012449)
7  Karl M. Tilleman (013435)
   201 East Washington Street, Suite 1600
8  Phoenix, AZ 85004
   Telephone:  (602) 257-5200
9  Facsimile:   (602) 257-5299
   pcharlton@steptoe.com
10 ktilleman@steptoe.com

11 Attorneys for Defendant

12

13                    **UNITED STATES DISTRICT COURT**

14                          **DISTRICT OF ARIZONA**

15

16 SolarCity Corporation

17                    Plaintiff,                    Case No.  2:15-CV-00374-DLR

18        vs.                                       **NOTICE OF SERVICE OF
                                                    DEFENDANT SALT RIVER
19 Salt River Project Agricultural Improvement and  PROJECT AGRICULTURAL
   Power District                                   IMPROVEMENT AND POWER
20                                                   DISTRICT'S DISCOVERY
                    Defendant.                       REQUESTS
21

22

23                          **NOTICE OF SERVICE**

24        Defendant Salt River Project Agricultural Improvement and Power District, by and through

25 its attorneys, and pursuant to LRCiv 5.2, gives notice that on May 15, 2015, it served the following

26 documents on Plaintiff's counsel via e-mail:  (1) Defendant Salt River Project Agricultural

27 Improvement AND Power District's First Set OF Requests For Production To Plaintiff SolarCity

28 Corporation; (2) Defendant Salt River Project Agricultural Improvement and Power District's First

1  Set of Interrogatories to Plaintiff SolarCity Corporation; (3) Defendant Salt River Project

2  Agricultural Improvement and Power District's First Set of Requests for Admission.

3

4  Date:  May 15, 2015

                                                By:     s/Christopher E. Babbitt

5                                                               Christopher E. Babbitt

6                                                               *Attorney for Defendant Salt River Project*

7                                                               *Agricultural Improvement and Power*
                                                             *District*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Richard J. Pocker (012548)

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
William A. Isaacson (*admitted pro hac vice*)
Karen L. Dunn (*admitted pro hac vice*)

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Steven C. Holtzman
John F. Cove, Jr.
Kieran P. Ringgenberg
Sean P. Rodriguez

COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Keith Beauchamp
Roopali H. Desai

s/Christopher E. Babbitt
Christopher E. Babbitt