COPPERSMITH BROCKELMAN PLC
KEITH BEAUCHAMP (#012434)
ROOPALI H. DESAI (#024295)
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
rdesai@cblawyers.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON *(admitted pro hac vice)*
KAREN L. DUNN *(admitted pro hac vice)*
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
wisaacson@bsfllp.com
kdunn@bsfllp.com

STEVEN C. HOLTZMAN *(admitted pro hac vice)*
JOHN F. COVE, JR. *(admitted pro hac vice)*
KIERAN P. RINGGENBERG *(admitted pro hac vice)*
SEAN P. RODRIGUEZ *(admitted pro hac vice)*
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
sholtzman@bsfllp.com
jcove@bsfllp.com
kringgenberg@bsfllp.com
srodriguez@bsfllp.com

*Attorneys for Plaintiff SolarCity Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>Salt River Project Agricultural Improvement and Power District; Salt River Valley Water Users' Association,<br><br>                    Defendants. | No. 2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSES AND OBJECTIONS BY PLAINTIFF SOLARCITY CORPORATION** |

1 | Plaintiff SolarCity Corporation, by and through its attorneys, and pursuant to
2 | LRCiv 5.2, gives notice that it has, on June 18, 2015, served the following documents on
3 | Defendants' counsel via electronic mail transmission: (1) Plaintiff SolarCity's Objections
4 | And Responses To Defendant Salt River Project Agricultural Improvement And Power
5 | District's First Set Of Requests For Admission To Plaintiff SolarCity Corporation; (2)
6 | Plaintiff Solarcity Corporation's Responses To Defendant Salt River Project Agricultural
7 | Improvement And Power District's First Set Of Requests For Production; and (3) Plaintiff
8 | SolarCity's Objections And Responses To Defendant Salt River Project Agricultural
9 | Improvement And Power District's First Set Of Interrogatories To Plaintiff SolarCity
10 | Corporation.

DATED: June 18, 2015          BOIES, SCHILLER & FLEXNER LLP

                              By:   s/Sean P. Rodriguez
                                    Sean P. Rodriguez

                              *Attorneys for Plaintiff SolarCity Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Eric J. Mahr *(admitted pro hac vice)*
Christopher E Babbitt *(admitted pro hac vice)*

350 South Grand Ave.
Los Angeles, CA 90071
Christopher T. Casamassina (*admitted pro hac vice*)

STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
Quintin Cushner (027303)
Jason M. Porter (027475)

          s/Sean P. Rodriguez
            Sean P. Rodriguez