# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>               Plaintiff,<br><br>v.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>               Defendant. | No. CV-15-00374-PHX-DLR<br><br>**ORDER** |

Pursuant to the Court's order, (Doc. 6), a Notice of Certification/Conferral is to be filed in conjunction with a motion to dismiss or the motion may be stricken. On June 23, 2015, Defendant Salt River Project Agricultural Improvement and Power District filed a motion to dismiss. (Doc. 53). Upon inspection, the motion to dismiss does not include a Notice of Certification. Therefore,

**IT IS ORDERED** that Defendant Salt River Project Agricultural Improvement and Power District shall comply with the Court's order, (Doc. 6), and file a Notice of Certification on or before **July 9, 2015**, or the motion to dismiss, (Doc. 53), will be stricken.

///

///

///

1    **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to strike the
2 motion to dismiss, (Doc. 53), without further order of the Court if Defendant does not file
3 a Notice of Certification within the timeframe specified herein.
4    Dated this 24th day of June, 2015.

_____
Douglas L. Rayes
United States District Judge