WILMER CUTLER PICKERING
 HALE AND DORR LLP
Eric Mahr (*admitted pro hac vice*)
Christopher E. Babbitt (*admitted pro hac vice*)
Christopher T. Casamassima (*admitted pro hac vice*)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
eric.mahr@wilmerhale.com
christopher.babbitt@wilmerhale.com
chris.casamassimna@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| SolarCity Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Salt River Project Agricultural Improvement and Power District; Salt River Valley Water Users' Association,<br><br>Defendants. | Case No. 2:15-CV-00374-DLR<br><br>**CERTIFICATION OF CONFERRAL** |

Pursuant to this Court's Order (Dkt. # 6), the parties met and conferred before filing the pending motions to dismiss to determine whether an amendment could cure deficiencies in Plaintiff SolarCity Corporation's Complaint (Dkt. # 1). The meet-and-confer process resulted in Plaintiff SolarCity Corporation amending its Complaint (see

Dkt. # 39), but the amendments did not resolve the issues raised in the motions to dismiss. The parties have been unable to agree that Plaintiff's pleading is curable by further amendment.

RESPECTFULLY SUBMITTED this 25th day of June, 2015.

| | s/Christopher E. Babbitt |
|---|---|
| Steptoe & Johnson LLP | Wilmer Cutler Pickering Hale and Dorr LLP |
| Paul K. Charlton | Eric Mahr |
| Karl M. Tilleman | Christopher E. Babbitt |
| 201 East Washington Street, Suite 1600 | Christopher T. Casamassima |
| Phoenix, AZ 85004 | 1875 Pennsylvania Avenue NW |
| Telephone: (602) 257-5200 | Washington, DC 20006 |
| Facsimile: (602) 257-5299 | Telephone: (202) 663 6000 |
| pcharlton@steptoe.com | Facsimile: (202) 663 6363 |
| ktilleman@steptoe.com | eric.mahr@wilmerhale.com |
| | christopher.babbitt@wilmerhale.com |
| | chris.casamassima@wilmerhale.com |
| | |
| | Attorneys for Defendants |

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Richard J. Pocker (012548)

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
William A. Isaacson (*admitted pro hac vice*)
Karen L. Dunn (*admitted pro hac vice*)

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Steven C. Holtzman
John F. Cove, Jr.
Kieran P. Ringgenberg
Sean P. Rodriguez

COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Keith Beauchamp
Roopali H. Desai

                                                s/ Christopher E. Babbitt