# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation, | No. CV-15-00374-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Salt River Project Agricultural Improvement and Power District, et al., | |
| Defendants. | |

The Court, having reviewed Defendant Salt River Project Agricultural Improvement and Power District's Unopposed Motion for Leave to Exceed Page Limit For Reply Regarding Defendant's Motion to Dismiss, (Doc. 61), and for good cause appearing,

**IT IS ORDERED** that Defendant Salt River Project Agricultural Improvement and Power District's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Salt River Project Agricultural Improvement and Power District's Reply brief shall not exceed 17 pages.

Dated this 30th day of July, 2015.

Douglas L. Rayes
United States District Judge