WILMER CUTLER PICKERING HALE AND DORR LLP
Eric Mahr (*admitted pro hac vice*)
Christopher E. Babbitt (*admitted pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663 6000
Facsimile:    (202) 663 6363
eric.mahr@wilmerhale.com
christopher.babbitt@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (admitted pro hac vice)
350 South Grand Ave.
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:    (213) 443-5400
chris.casamassima@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, AZ 85004
Telephone:  (602) 257-5200
Facsimile:    (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SolarCity Corporation<br><br>Plaintiff,<br><br>vs.<br><br>Salt River Project Agricultural Improvement and Power District; Salt River Valley Water Users' Association<br><br>Defendants. | Case No.  2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF DEFENDANT SALT RIVER VALLEY WATER USERS' ASSOCIATION'S INITIAL DISCLOSURES** |

1  Defendant Salt River Project Agricultural Improvement and Power District, by and through
2  its attorneys, and pursuant to LRCiv 5.2, gives notice that on August 19, 2015, it served the
3  following documents on Plaintiff's counsel via e-mail: Defendant Salt River Valley Water Users'
4  Association's Initial Disclosures.
5
6  Date: August 20, 2015
7                                              By:   s/Christopher E. Babbitt_____
                                                     Christopher E. Babbitt
8
                                                     *Attorney for Defendant Salt River Valley
9                                                    Water Users' Association*

-2-

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Richard J. Pocker (012548)

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
William A. Isaacson (*admitted pro hac vice*)
Karen L. Dunn (*admitted pro hac vice*)

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Steven C. Holtzman
John F. Cove, Jr.
Kieran P. Ringgenberg
Sean P. Rodriguez

COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Keith Beauchamp
Roopali H. Desai

                      s/Christopher E. Babbitt
                       Christopher E. Babbitt