1 | WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher E. Babbitt (*admitted pro hac vice*)
2 | 1875 Pennsylvania Avenue NW
Washington, DC 20006
3 | Telephone: (202) 663-6000
Facsimile:  (202) 663-6363
4 | christopher.babbitt@wilmerhale.com

5 | WILMER CUTLER PICKERING HALE AND DORR LLP
Christopher T. Casamassima (*admitted pro hac vice*)
6 | 350 South Grand Ave.
Los Angeles, CA 90071
7 | Telephone: (213) 443-5300
Facsimile:  (213) 443-5400
8 | chris.casamassima@wilmerhale.com

9 | STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
10 | Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
11 | Phoenix, AZ 85004
Telephone: (602) 257-5200
12 | Facsimile:  (602) 257-5299
pcharlton@steptoe.com
13 | ktilleman@steptoe.com

14 | Attorneys for Defendants

15 |

16 | **UNITED STATES DISTRICT COURT**

17 | **DISTRICT OF ARIZONA**

18 |

| | |
|---|---|
| SolarCity Corporation | |
| Plaintiff, | Case No. 2:15-CV-00374-DLR |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Salt River Project Agricultural Improvement and Power District; Salt River Valley Water Users' Association | |
| Defendants. | |

26 | Pursuant to LRCiv 83.3(b)(4), Defendants Salt River Project Agricultural Improvement and

27 | Power District (the "District") and Salt River Valley Water Users' Association (the "Association")

28 | hereby give notice that MOLLY S. BOAST, an attorney at Wilmer Cutler Pickering Hale and Dorr

-2-

1  LLP, will substitute for ERIC MAHR as their counsel, pending the approval of Ms. Boast's
2  application to practice *pro hac vice*. All other counsel for Defendants remain the same.
3      1.    Mr. Mahr is leaving Wilmer Cutler Pickering Hale and Dorr LLP to take the position
4  of Director of Litigation at the United States Department of Justice Antitrust Division and will no
5  longer be able to represent the District or the Association. No further service or notice in this action
6  need be made on Mr. Mahr, and the Court's CM/ECF system may be updated to note his termination
7  as counsel of record.
8      2.    Ms. Boast's address is 7 World Trade Center, 250 Greenwich Street, New York, NY
9  10007. Her email address is molly.boast@wilmerhale.com.
10      3.    Pursuant to LRCiv 83.1(b)(2), Ms. Boast's *pro hac vice* application has been
11  submitted to the Clerk's office.

Dated: September 2, 2015

        s/Christopher E. Babbitt
WILMER CUTLER PICKERING
    HALE AND DORR LLP
Christopher E. Babbitt
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663 6000
Facsimile:    (202) 663 6363
christopher.babbitt@wilmerhale.com

WILMER CUTLER PICKERING
    HALE AND DORR LLP
Christopher T. Casamassima
350 South Grand Ave.
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:    (213) 443 5400
chris.casamassima@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, AZ 85004
Telephone:  (602) 257-5200
Facsimile:    (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com

*Attorneys for Defendants Salt River Project Agricultural Improvement and Power District and Salt River Valley Water Users' Association*

# CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Richard J. Pocker (012548)

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
William A. Isaacson (*admitted pro hac vice*)
Karen L. Dunn (*admitted pro hac vice*)

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Steven C. Holtzman
John F. Cove, Jr.
Kieran P. Ringgenberg
Sean P. Rodriguez

COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Keith Beauchamp
Roopali H. Desai

s/Christopher E. Babbitt<br>Christopher E. Babbitt