IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SolarCity Corporation,

    Plaintiff(s)/Petitioner(s),

vs.

Salt River Project Agricultural Improvement and Power District; Salt River Valley Water Users' Association

    Defendant(s)/Respondent(s)

CASE NO: 2:15-cv-00374-DLR

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

[X] FILED    [ ] LODGED
[ ] RECEIVED    [ ] COPY

SEP 01 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Mary S. Boast, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Salt River Project Agricultural Improvement and Power District.

**City and State of Principal Residence:** New York, New York
**Firm Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Address:** 7 World Trade Center, 250 Greenwich Street    **Suite:**
**City:** New York    **State:** NY    **Zip:** 10007
**Firm/Business Phone:** (212) 230-8800
**Firm Fax Phone:** (212) 230-8888    **E-mail Address:** molly.boast@wilmerhale.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| State of New York | 1980 | [✓] Yes   [ ] No* |
| U.S. District Court, Southern District of New York | 1980 | [✓] Yes   [ ] No* |
| U.S. District Court, Eastern District of New York | 1980 | [✓] Yes   [ ] No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   [ ] Yes   [✓] No

Have you ever been disbarred from practice in any Court?   [ ] Yes   [✓] No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

August 31, 2015      Mary S. Boast
**Date**      **Signature of Applicant**

**Fee Receipt #** PKY162446

(Rev. 04/12)

| Court | Date | Active Status & Good Standing? |
|---|---|---|
| U.S. District Court, Northern District of California | 1995 | Yes |
| U.S. District Court, Western District of New York | 1994 | Yes |
| Court of Appeals for the Third Circuit | 1990 | Yes |
| Court of Appeals for the Ninth Circuit | 2003 | Yes |
| Court of Appeals for the Tenth Circuit | 2005 | Yes |
| U.S. Supreme Court | 1991 | Yes |

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

_____**MARY S. BOAST**_____ , Bar # _____**MB2350**_____

was duly admitted to practice in this Court on

_____**JUNE 03rd, 1980**_____ , and is in good standing as a member of the Bar of this Court.

Dated at  500 Pearl Street
<u>New York, New York</u>    on    _____**AUGUST 31st, 2015**_____

__Ruby J. Krajick__        by _____
Clerk                              Deputy Clerk