IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Salt River Project Agricultural Improvement and Power District, et al.,<br><br>　　　　　　　Defendants. | No. CV-15-00374-PHX-DLR<br><br>**ORDER** |

The Court, having reviewed the parties' Stipulation for Three-Day Extension of Time to Answer (First Request), (Doc. 78), and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is granted.

**IT IS FURTHER ORDERED** that Defendant may file its Answer by November 13, 2015.

Dated this 17th day of November, 2015.

Douglas L. Rayes
United States District Judge