# EXHIBIT 1

WILMERHALE

December 4, 2015

**By Federal Express**

**David L. Sluis**

+1 202 663 6789 (t)
+1 202 663 6363 (f)
david.sluis@wilmerhale.com

Sean P. Rodriguez
Boies, Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612

Re: Production of Documents in *SolarCity Corp. v. Salt River Project Agricultural Improvement and Power Dist.* Case No. 2:15-CV-00374-DLR (D. Ariz.)

Dear Sean:

Please find enclosed SRP-AZ-VOL006, containing documents labeled SRP-AZ-00032237 – SRP-AZ-00044039 from the priority custodians identified by SolarCity. This production contains documents designated as Confidential or Highly Confidential under the protective order.

Please also find enclosed a replacement hard drive for SRP-VOL-004, labeled SRP-00013367. The hard drive contains a SAS transport file responsive to your request for data underlying the SEPPs.

I will send you the password for the productions by email.

Best regards,

*/s/ David L. Sluis*

David L. Sluis

Enclosure

cc: Steven C. Holtzman (by email w/o enclosure)
    Marcy Norwood Lynch (by email w/o enclosure)
    John F. Cove (by email w/o enclosure)
    Kieran P. Ringgenberg (by email w/o enclosure)
    Christopher E. Babbitt (by email w/o enclosure)
    Christopher T. Casamassima (by email w/o enclosure)
    Paul K. Charlton (by email w/o enclosure)
    Karl M. Tilleman (by email w/o enclosure)
    Keith Beauchamp (by email w/o enclosure)