1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>                    Defendant. | Case No.  2:15-CV-00374-DLR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

The Court having reviewed Defendant Salt River Project Agricultural Improvement and Power District's Motion for Protective Order, and good cause appearing,

**IT IS ORDERED** that Defendant Salt River Project Agricultural Improvement and Power District's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Salt River Project Agricultural Improvement and Power District is not required to produce data responsive to the following requests:

- <u>Demand data</u>: Separately for self-generation customers, Community Solar customers, and non-solar customers by rate class (*e.g.*, E-26, E-27, Community Solar, etc.), data showing demand for SRP-provided electricity (kW) by 15-minute interval for each day for at least three years and daily peak demand for each day for at least three years to the present. . . . Please provide data in all

fields necessary to identify the requested information for each customer separately (e.g., customer id no. etc.) and each customer's stratum.

- Usage data: Separately for self-generation customers, Community Solar customers, and non-solar customers by rate class (*e.g.*, E-26, E-27, Community Solar, etc.), data showing usage of SRP-provided electricity (kWh) by 15-minute interval for each day for at least three years to the present. . . . Please provide data in all fields necessary to identify the requested information for each customer separately (e.g., customer id no. etc.) and each customer's stratum.

- Distributed generation data: For each self-generation customer, data showing generation of electricity (kWh) by 15-minute interval for each day for at least three years to the present. . . . Please provide data in all fields necessary to identify the requested information for each customer separately (e.g., customer id no. etc.) and each customer's rate class and stratum.

- Community Solar generation data: For each Community Solar generating facility, data showing generation of electricity (kWh) by 15-minute interval for each day for at least three years to the present. . . . Please provide fields necessary to identify the data for each generation facility separately.

SO ORDERED

-2-