WILMER CUTLER PICKERING
 HALE AND DORR LLP
Molly S. Boast (*admitted pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
molly.boast@wilmerhale.com

Christopher E. Babbitt (*admitted pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
christopher.babbitt@wilmerhale.com

Christopher T. Casamassima (*admitted pro hac vice*)
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
chris.casamassima@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, AZ 85004
Telephone:  (602) 257-5200
Facsimile:    (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Salt River Project Agricultural Improvement and Power District<br><br>　　　　　　Defendant. | Case No.  2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT'S DISCOVERY REQUESTS** |

Defendant Salt River Project Agricultural Improvement and Power District, by and through its attorneys, and pursuant to L.R. Civ. 5.2, gives notice that:

- On March 4, 2016, it served on Plaintiff's counsel via email Defendant Salt River Project Agricultural Improvement and Power District's Second Set of Interrogatories; and
- On March 7, 2016, it served on Plaintiff's counsel via email Defendant Salt River Project Agricultural Improvement and Power District's Third Set of Requests for Production.

DATE:  March 7, 2016

By: */s/ Christopher T. Casamassima*
Christopher T. Casamassima

*Attorney for Defendant*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2016, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> BOIES, SCHILLER & FLEXNER LLP
> 300 South Fourth Street, Suite 800
> Las Vegas, NV 89101
> Richard J. Pocker
>
> BOIES, SCHILLER & FLEXNER LLP
> 5301 Wisconsin Avenue, NW
> Washington, DC 20015
> William A. Isaacson
> Karen L. Dunn
>
> BOIES, SCHILLER & FLEXNER LLP
> 1999 Harrison Street, Suite 900
> Oakland, CA 94612
> Steven C. Holtzman
> John F. Cove, Jr.
> Sean P. Rodriguez
>
> COPPERSMITH BROCKELMAN PLC
> 2800 North Central Avenue, Suite 1200
> Phoenix, AZ 85004
> Keith Beauchamp
> Roopali H. Desai

                                            */s/Christopher T. Casamassima*
                                             Christopher T. Casamassima