1  COPPERSMITH BROCKELMAN PLC
    KEITH BEAUCHAMP (#012434)
2  ROOPALI H. DESAI (#024295)
    2800 North Central Avenue, Suite 1200
3  Phoenix, Arizona 85004
    Telephone:  (602) 381-5490
4  kbeauchamp@cblawyers.com
    rdesai@cblawyers.com
5
    BOIES, SCHILLER & FLEXNER LLP
6  WILLIAM A. ISAACSON *(admitted pro hac vice)*
    KAREN L. DUNN *(admitted pro hac vice)*
7  5301 Wisconsin Ave, NW
    Washington, DC 20015
8  Telephone:  (202) 237-2727
    wisaacson@bsfllp.com
9  kdunn@bsfllp.com

10  STEVEN C. HOLTZMAN *(admitted pro hac vice)*
     JOHN F. COVE, JR. *(admitted pro hac vice)*
11  SEAN P. RODRIGUEZ *(admitted pro hac vice)*
     1999 Harrison Street, Suite 900
12  Oakland, CA 94612
     Telephone: (510) 874-1000
13  sholtzman@bsfllp.com
     jcove@bsfllp.com
14  srodriguez@bsfllp.com

15  *Attorneys for Plaintiff SolarCity Corporation*

16              UNITED STATES DISTRICT COURT

17              FOR THE DISTRICT OF ARIZONA

18  SolarCity Corporation,                    No.  2:15-CV-00374-DLR

19              Plaintiff,                     **NOTICE OF SERVICE OF
                                               PLAINTIFF SOLARCITY
20         vs.                                 CORPORATION'S DEPOSITION
                                               NOTICES**
21  Salt River Project Agricultural Improvement
     and Power District,
22
23              Defendant.

24
25
26
27
28

1      Plaintiff SolarCity Corporation, by and through its attorneys, and pursuant to

2  LRCiv 5.2, gives notice that it has on March 22, 2016 served the following documents on

3  Defendant's counsel via electronic mail transmission: (1) Notice of Videotaped

4  Deposition of Dean Duncan; (2) Notice of Videotaped Deposition of Steven Hulet; and (3)

5  Notice of Videotaped Deposition of John Hoopes.

6

7  Dated:  March 24, 2016                    Respectfully submitted,

8                                            BOIES, SCHILLER & FLEXNER LLP

9
                                            By:   s/ Sean P. Rodriguez
10                                                  Sean P. Rodriguez

11                                          *Attorneys for Plaintiff SolarCity Corporation*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

WILMER CUTLER PICKERING HALE & DORR LLP
Molly S. Boast *(admitted pro hac vice)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
molly.boast@wilmerhale.com

Christopher E. Babbitt *(admitted pro hac vice)*
1875 Pennsylvania Ave. NW
Washington, DC 20006
christopher.babbitt@wilmerhale.com

Christopher T. Casamassina (*admitted pro hac vice*)
350 South Grand Ave.
Los Angeles, CA 90071
chris.casamassina@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
pcharlton@steptoe.com
ktilleman@steptoe.com

s/ Sean P. Rodriguez
Sean P. Rodriguez

CERTIFICATE OF SERVICE