WILMER CUTLER PICKERING
 HALE AND DORR LLP
Molly S. Boast (*admitted pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
molly.boast@wilmerhale.com

Christopher E. Babbitt (*admitted pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
christopher.babbitt@wilmerhale.com

Christopher T. Casamassima (*admitted pro hac vice*)
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
chris.casamassima@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, AZ 85004
Telephone:  (602) 257-5200
Facsimile:    (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SolarCity Corporation<br><br>                    Plaintiff,<br><br>    vs.<br><br>Salt River Project Agricultural Improvement and Power District<br><br>                    Defendant. | Case No.  2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT'S DISCOVERY REQUESTS** |

Defendant Salt River Project Agricultural Improvement and Power District, by and through its attorneys, and pursuant to L.R. Civ. 5.2, gives notice that:

- On April 13, 2016, it served on Plaintiff's counsel via email Defendant Salt River Project Agricultural Improvement and Power District's Notice of Deposition to John Stanton; Defendant Salt River Project Agricultural Improvement and Power District's Notice of Deposition to Eric Carlson; Defendant Salt River Project Agricultural Improvement and Power District's Notice of Deposition to Hayes Barnard; and Defendant Salt River Project Agricultural Improvement and Power District's Notice of Videotaped 30(b)6 Deposition of Plaintiff SolarCity Corporation;

- On April 20, 2016, it served on Plaintiff's counsel via email Defendant Salt River Project Agricultural Improvement and Power District's Amended Notice of Deposition to Lyndon Rive; and

- On April 22, 2016, it served on Plaintiff's counsel via email Defendant Salt River Project Agricultural Improvement and Power District's Amended Notice of Deposition to John Stanton; Defendant Salt River Project Agricultural Improvement and Power District's Amended Notice of Deposition to Eric Carlson; Defendant Salt River Project Agricultural Improvement and Power District's Amended Notice of Deposition to Tanguy Serra; and Defendant Salt River Project Agricultural Improvement and Power District's Amended Notice of Deposition to Chris Osmont-Wahl.

DATE: April 22, 2016

By: */s/ Christopher T. Casamassima*
Christopher T. Casamassima

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>BOIES, SCHILLER & FLEXNER LLP
>300 South Fourth Street, Suite 800
>Las Vegas, NV 89101
>Richard J. Pocker
>
>BOIES, SCHILLER & FLEXNER LLP
>5301 Wisconsin Avenue, NW
>Washington, DC 20015
>William A. Isaacson
>Karen L. Dunn
>
>BOIES, SCHILLER & FLEXNER LLP
>1999 Harrison Street, Suite 900
>Oakland, CA 94612
>Steven C. Holtzman
>John F. Cove, Jr.
>Sean P. Rodriguez
>
>COPPERSMITH BROCKELMAN PLC
>2800 North Central Avenue, Suite 1200
>Phoenix, AZ 85004
>Keith Beauchamp
>Roopali H. Desai

>>>*/s/Christopher T. Casamassima*
>>>Christopher T. Casamassima