PHV

_V_ FILED          ___ LODGED
___ RECEIVED   ___ COPY

APR 2 5 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

SolarCity Corporation,

    **Plaintiff(s)/Petitioner(s),**

vs.

Salt River Project Agricultural
Improvement and Power District,

    **Defendant(s)/Respondent(s)**

CASE NO: CV-15-00374-PHX-DLR

Application of Attorney For Admission To Practice Pro Hac
Vice Pursuant to LRCiv 83.1(b)(2)

## NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, Ross McSweeney _____, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice

admission to appear and practice in this action on behalf of SolarCity Corporation _____.

City and State of Principal Residence: _____

| | |
|---|---|
| Firm Name: | Boies, Schiller & Flexner LLP |
| Address: | 5301 Wisconsin Ave., N.W.    Suite: 800 |
| City: | Washington    State: DC   Zip: 20015 |
| Firm/Business Phone: | ( 202 ) 237-2727 |
| Firm Fax Phone: | ( 202 ) 237-6131    E-mail Address: rmcsweeney@bsfllp.com |

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| District of Columbia | 06/09/2014 | ☑Yes  ☐No* |
| District Court for the Northern District of Illinois | 09/30/2014 | ☑Yes  ☐No* |
| U.S. Court of Appeals for the 7th Circuit | 04/16/2013 | ☑Yes  ☐No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days
prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach
additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

## ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐Yes  ☑No
Have you ever been disbarred from practice in any Court?   ☐Yes  ☑No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor and regularly employed, engaged in business, professional
or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I
have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the
District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

4/22/2016
Date
Fee Receipt # PHA7406

Signature of Applicant

(Rev. 04/12)

# CERTIFICATE OF GOOD STANDING



*United States of America*

⎫ss. Ross Philip McSweeney

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court
for the Northern District of Illinois,

DO HEREBY CERTIFY That Ross Philip McSweeney
was duly admitted to practice in said Court on (09/30/2014)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/20/2016 )

Thomas G. Bruton , Clerk,

By:  David A. Jozwiak
Deputy Clerk