# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Salt River Project Agricultural Improvement and Power District, et al.,<br><br>　　　　　　　Defendants. | No. CV-15-00374-PHX-DLR<br><br>**ORDER** |

The Court, having reviewed the parties' Stipulation and Joint Motion Concerning Schedule, (Doc. 132), and for good cause shown,

**IT IS ORDERED** granting the stipulation. No later than **May 15, 2016**, the Parties shall exchange Rule 26(a)(3) disclosures containing revised disclosures of anticipated trial witnesses, notice that all documents used as deposition exhibits or cited in any briefing to the Court may become trial exhibits, and a reservation of the right to make additional disclosures no later than August 1, 2016, on which date the Parties shall exchange more precise Rule 26(a)(3) disclosures, followed by any objections under Rule 26(a)(3)(B) no later than **August 15, 2016**.

//
//
//
//

The parties are permitted to commence the three time-limited depositions referenced in the Stipulation and Joint Motion Concerning Schedule within the week following the close of fact discovery on **May 15, 2016**.

Dated this 17th day of May, 2016.

Douglas L. Rayes
United States District Judge