1 | WILMER CUTLER PICKERING
     HALE AND DORR LLP
2 | Molly S. Boast (*admitted pro hac vice*)
     7 World Trade Center
3 | 250 Greenwich Street
     New York, NY 10007
4 | Telephone: (212) 230-8800
     Facsimile: (212) 230-8888
5 | molly.boast@wilmerhale.com

6 | Christopher E. Babbitt (*admitted pro hac vice*)
     1875 Pennsylvania Avenue NW
7 | Washington, DC 20006
     Telephone: (202) 663-6000
8 | Facsimile: (202) 663-6363
     christopher.babbitt@wilmerhale.com

9 | Christopher T. Casamassima (*admitted pro hac vice*)
10 | 350 South Grand Avenue
     Los Angeles, CA 90071
11 | Telephone: (213) 443-5300
     Facsimile: (213) 443-5400
12 | chris.casamassima@wilmerhale.com

13 | STEPTOE & JOHNSON LLP
     Paul K. Charlton (012449)
14 | Karl M. Tilleman (013435)
     201 East Washington Street, Suite 1600
15 | Phoenix, AZ 85004
     Telephone: (602) 257-5200
16 | Facsimile:   (602) 257-5299
     pcharlton@steptoe.com
17 | ktilleman@steptoe.com

18 | Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SolarCity Corporation<br><br>                    Plaintiff,<br><br>     vs.<br><br>Salt River Project Agricultural Improvement and Power District<br><br>                    Defendant. | Case No. 2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF DEFENDANT SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT'S DISCOVERY RESPONSES** |

**NOTICE OF SERVICE**

Defendant Salt River Project Agricultural Improvement and Power District, by and through its attorneys, and pursuant to LRCiv 5.2, gives notice that on May 10, 2016, it served the following documents on Plaintiff's counsel via e-mail: (1) Defendant Salt River Project Agricultural Improvement and Power District's Objections and Responses to Plaintiff SolarCity Corporation's Third Set of Interrogatories, (2) Defendant Salt River Project Agricultural Improvement and Power District's Objections and Responses to Plaintiff SolarCity Corporation's Fourth Set of Requests for Production of Documents, and (3) Defendant Salt River Project Agricultural Improvement and Power District's Objections and Responses to Plaintiff SolarCity Corporation's Second Set of Requests for Admission.  Also, on May 15, 2016, it served the following documents on Plaintiff's counsel via email:  (1) Defendant Salt River Project Agricultural Improvement and Power District's Fed R. Civ. P. 26(a)(3) Disclosures and (2) Defendant Salt River Project Agricultural Improvement and Power District's Rule 26(a)(1) Initial Disclosures Fourth Supplement.  Finally, Defendant Salt River Project Agricultural Improvement and Power District served the following documents on Plaintiff's counsel vial email on May 16, 2016: (1) Defendant Salt River Project Agricultural Improvement and Power District's Objections and Responses to Plaintiff SolarCity Corporation's Second Set of Interrogatories Supplement, (2) Defendant Salt River Project Agricultural Improvement and Power District's Rule 26(a)(1) Initial Disclosures Fifth Supplement, (3) Defendant Salt River Project Agricultural Improvement and Power District's Fed. R. Civ. P. 26(a)(3) Disclosures First Supplement, and (4) Defendant Salt River Project Agricultural Improvement and Power District's Objections and Responses to Plaintiff SolarCity Corporation's Third Set of Interrogatories Supplement.

Date:  May 17, 2016

By:  s/Christopher E. Babbitt
Christopher E. Babbitt

*Attorney for Defendant Salt River Project Agricultural Improvement and Power District*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Richard J. Pocker (012548)

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
William A. Isaacson (*admitted pro hac vice*)
Karen L. Dunn (*admitted pro hac vice*)

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Steven C. Holtzman
John F. Cove, Jr.
Sean P. Rodriguez

COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Keith Beauchamp
Roopali H. Desai

                                                          s/Christopher E. Babbitt
                                                            Christopher E. Babbitt