COPPERSMITH BROCKELMAN PLC
KEITH BEAUCHAMP (#012434)
ROOPALI H. DESAI (#024295)
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
rdesai@cblawyers.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON *(admitted pro hac vice)*
KAREN L. DUNN *(admitted pro hac vice)*
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
wisaacson@bsfllp.com
kdunn@bsfllp.com

STEVEN C. HOLTZMAN *(admitted pro hac vice)*
JOHN F. COVE, JR. *(admitted pro hac vice)*
SEAN P. RODRIGUEZ *(admitted pro hac vice)*
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
sholtzman@bsfllp.com
jcove@bsfllp.com
srodriguez@bsfllp.com

*Attorneys for Plaintiff SolarCity Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>　　　　　Defendant. | No. 2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

1   Plaintiff SolarCity Corporation, by and through its attorneys, and pursuant to
2   LRCiv 5.2, gives notice that it has served the following documents on Defendant's
3   counsel via electronic mail transmission: on June 1, 2016, (1) Expert Report of Joseph P.
4   Kalt, and (2) Expert Report of Frank A. Wolak; and on June 2, 2016 at 12:02am, (3)
5   Expert Report of Mark E. Fulmer, followed by a nonsubstantive corrected copy later that
6   morning (due to technical issues arising from extensive use of "field codes" cross-
7   references within that Expert Report).

9   Dated: June 10, 2016                    Respectfully submitted,

                                            BOIES, SCHILLER & FLEXNER LLP

                                            By:  s/ Sean P. Rodriguez
                                                   Sean P. Rodriguez

                                            *Attorneys for Plaintiff SolarCity Corporation*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

WILMER CUTLER PICKERING HALE & DORR LLP
Molly S. Boast *(admitted pro hac vice)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
molly.boast@wilmerhale.com

Christopher E. Babbitt *(admitted pro hac vice)*
1875 Pennsylvania Ave. NW
Washington, DC 20006
christopher.babbitt@wilmerhale.com

Christopher T. Casamassina (*admitted pro hac vice*)
350 South Grand Ave.
Los Angeles, CA 90071
chris.casamassina@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
pcharlton@steptoe.com
ktilleman@steptoe.com

                                                  s/ Sean P. Rodriguez
                                                  Sean P. Rodriguez