| | |
|---|---|
| 1 | COPPERSMITH BROCKELMAN PLC |
| 2 | KEITH BEAUCHAMP (#012434) |
|   | ROOPALI H. DESAI (#024295) |
| 3 | 2800 North Central Avenue, Suite 1200 |
|   | Phoenix, Arizona 85004 |
| 4 | Telephone: (602) 381-5490 |
|   | kbeauchamp@cblawyers.com |
| 5 | rdesai@cblawyers.com |

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON *(pro hac vice)*
KAREN L. DUNN *(pro hac vice)*
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
wisaacson@bsfllp.com
kdunn@bsfllp.com

| BOIES, SCHILLER & FLEXNER LLP | SHEARMAN & STERLING LLP |
|---|---|
| STEVEN C. HOLTZMAN *(pro hac vice)* | JOHN F. COVE, JR. *(pro hac vice)* |
| SEAN P. RODRIGUEZ *(pro hac vice)* | 535 Mission Street |
| 1999 Harrison Street, Suite 900 | 25th Floor |
| Oakland, CA 94612 | San Francisco, CA 94105 |
| Telephone: (510) 874-1000 | Telephone: (415) 616-1100 |
| sholtzman@bsfllp.com | john.cove@shearman.com |
| srodriguez@bsfllp.com | |

*Attorneys for Plaintiff SolarCity Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation, | No. 2:15-CV-00374-DLR |
| Plaintiff, | **NOTICE OF ATTORNEY FIRM AND ADDRESS CHANGE FOR JOHN F. COVE, JR.** |
| vs. | |
| Salt River Project Agricultural Improvement and Power District, | |
| Defendant. | |

Pursuant to LRCiv 83.3(d), John F. Cove, Jr. hereby gives notice of a change of address and law firm. Mr. Cove's updated information is:

> John F. Cove, Jr.
> Shearman & Sterling LLP
> 535 Mission Street
> 25th Floor
> San Francisco, CA  94105
>
> Main: 415.616.1100
> Fax:   415.616.1339
> john.cove@shearman.com

Plaintiff SolarCity Corporation continues to be represented by Boies, Schiller & Flexner LLP and Mr. Cove will continue representing SolarCity at his new firm.

Dated:  June 20, 2016          Respectfully submitted,

                               By:   s/ John F. Cove, Jr.
                                     John F. Cove, Jr.

NOTICE OF ATTORNEY FIRM AND ADDRESS CHANGE – PAGE 1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

WILMER CUTLER PICKERING HALE & DORR LLP
Molly S. Boast *(admitted pro hac vice)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
molly.boast@wilmerhale.com

Christopher E. Babbitt *(admitted pro hac vice)*
1875 Pennsylvania Ave. NW
Washington, DC 20006
christopher.babbitt@wilmerhale.com

Christopher T. Casamassina (*admitted pro hac vice*)
350 South Grand Ave.
Los Angeles, CA 90071
chris.casamassina@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
pcharlton@steptoe.com
ktilleman@steptoe.com

                                      s/ John F. Cove, Jr.
                                      John F. Cove, Jr.