**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| SolarCity Corporation,<br><br>                    Plaintiff,<br><br>      vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>                    Defendant. | Case No. 2:15-CV-00374-DLR<br><br>**[PROPOSED]**<br>**ORDER GRANTING RENEWED MOTION TO STAY** |

It is hereby **ORDERED** that Defendant Salt River Project Agricultural Improvement and Power District's Renewed Motion to Stay is **GRANTED**. All proceedings before this Court are hereby stayed following the close of expert discovery on August 31, 2016 until the Ninth Circuit issues its mandate with respect to the pending appeal.