STEPTOE & JOHNSON LLP
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile:  (602) 257-5299

Paul K. Charlton (012449)
pcharlton@steptoe.com
Karl M. Tilleman (013435)
ktilleman@steptoe.com
Quintin Cushner (027303)
qcushner@steptoe.com

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Molly S. Boast (*admitted pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
molly.boast@wilmerhale.com

Christopher E. Babbitt (*admitted pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
christopher.babbitt@wilmerhale.com

Christopher T. Casamassima (*admitted pro hac vice*)
350 South Grand Avenue
Los Angeles, CA 90071
Telephone:  (213) 443-5300
chris.casamassima@wilmerhale.com

Attorneys for Defendant Salt River Project
Agricultural Improvement and Power District

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation, | No. 2:15-CV-00374-DLR |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| vs. | |
| Salt River Project Agricultural Improvement and Power District, | |
| Defendant. | |

- 2 -

Pursuant to LRCiv 83.3(b), Steptoe & Johnson LLP submits this Notice of Withdrawal of Counsel to provide notice that Jason M. Porter is no longer associated with Steptoe & Johnson LLP.  No substitution of counsel is necessary because Defendant continues to be represented by other attorneys of record at Steptoe & Johnson LLP.  Defendant also continues to be represented by additional attorneys of record at Wilmer Cutler Pickering Hale and Dorr LLP.

RESPECTFULLY SUBMITTED this 12th day of July, 2016.

                        STEPTOE & JOHNSON LLP

                        By s/Karl M. Tilleman
                           Paul K. Charlton
                           Karl M. Tilleman
                           Quintin Cushner
                           201 E. Washington St., Suite 1600
                           Phoenix, Arizona 85004-2382

Attorneys for Defendant Salt River Project Agricultural Improvement and Power District

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Richard J. Pocker
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101

William A. Isaacson
Karen L. Dunn
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015

Steven C. Holtzman
Sean P. Rodriguez
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612

John F. Cove, Jr.
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105

Keith Beauchamp
Roopali H. Desai
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004

s/Beth Hardin<br>Legal Executive Assistant