1  WILMER CUTLER PICKERING
    HALE AND DORR LLP
2  Molly S. Boast (*admitted pro hac vice*)
   7 World Trade Center
3  250 Greenwich Street
   New York, NY 10007
4  Telephone: (212) 230-8800
   Facsimile: (212) 230-8888
5  molly.boast@wilmerhale.com

6  Christopher E. Babbitt (*admitted pro hac vice*)
   1875 Pennsylvania Avenue NW
7  Washington, DC 20006
   Telephone: (202) 663-6000
8  Facsimile: (202) 663-6363
   christopher.babbitt@wilmerhale.com
9
   Christopher T. Casamassima (*admitted pro hac vice*)
10 350 South Grand Avenue
   Los Angeles, CA 90071
11 Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
12 chris.casamassima@wilmerhale.com

13 STEPTOE & JOHNSON LLP
   Paul K. Charlton (012449)
14 Karl M. Tilleman (013435)
   201 East Washington Street, Suite 1600
15 Phoenix, AZ 85004
   Telephone: (602) 257-5200
16 Facsimile:  (602) 257-5299
   pcharlton@steptoe.com
17 ktilleman@steptoe.com

18 Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation<br><br>                    Plaintiff,<br><br>     vs.<br><br>Salt River Project Agricultural Improvement and Power District<br><br>                    Defendant. | Case No.  2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT'S DISCOVERY REQUESTS** |

1    Defendant Salt River Project Agricultural Improvement and Power District, by
2 and through its attorneys, and pursuant to L.R. Civ. 5.2, gives notice that:
3 - On June 30, 2016, it served on Plaintiff's counsel via email Defendant Salt River
4   Project Agricultural Improvement and Power District's Notice of Deposition to
5   Mark Fulmer;
6 - On June 30, 2016, it served on Plaintiff's counsel via email Defendant Salt River
7   Project Agricultural Improvement and Power District's Notice of Deposition to
8   Frank Wolak;
9 - On June 30, 2016, it served on Plaintiff's counsel via email Defendant Salt River
10  Project Agricultural Improvement and Power District's Notice of Deposition to
11  Joseph Kalt.

13 DATE: July 14, 2016

By:   */s/ Christopher T. Casamassima*
14         Christopher T. Casamassima

15         *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>BOIES, SCHILLER & FLEXNER LLP
>300 South Fourth Street, Suite 800
>Las Vegas, NV 89101
>Richard J. Pocker
>
>BOIES, SCHILLER & FLEXNER LLP
>5301 Wisconsin Avenue, NW
>Washington, DC 20015
>William A. Isaacson
>Karen L. Dunn
>
>BOIES, SCHILLER & FLEXNER LLP
>1999 Harrison Street, Suite 900
>Oakland, CA 94612
>Steven C. Holtzman
>John F. Cove, Jr.
>Sean P. Rodriguez
>
>COPPERSMITH BROCKELMAN PLC
>2800 North Central Avenue, Suite 1200
>Phoenix, AZ 85004
>Keith Beauchamp
>Roopali H. Desai

>>*/s/Christopher T. Casamassima*
>>Christopher T. Casamassima

-3-