UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>    Defendant. | No. 2:15-CV-00374-DLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SOLARCITY CORPORATION'S MOTION TO SEAL AND REPLACE CERTAIN EXHIBITS** |

Before the Court is SolarCity Corporation's ("SolarCity") Motion To Seal And Replace Certain Exhibits, which seeks to seal certain exhibits attached to Docket Number 158 that were inadvertently lodged publicly and replace them prior to any public filing of the materials at that Docket Number.

The Court has reviewed the Motion, the materials submitted therewith, and the docket in this action.  Good cause appearing,

**IT IS ORDERED** that the Plaintiff SolarCity's Motion To Seal And Replace Certain Exhibits is **GRANTED**.

The Clerk of the Court is hereby **DIRECTED** to seal Exhibits 28, 33, and 35 to Docket Number 158 in this action.

In the event the materials lodged at Docket Number 158 are ordered filed in this action, the Clerk of the Court is **FURTHER DIRECTED** to replace Exhibits 28, 33, and 35 to Docket 158 with the corresponding Exhibit numbers attached to SolarCity's Motion To Seal And Replace Certain Exhibits.