COPPERSMITH BROCKELMAN PLC
KEITH BEAUCHAMP (#012434)
ROOPALI H. DESAI (#024295)
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone:  (602) 381-5490
kbeauchamp@cblawyers.com
rdesai@cblawyers.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON *(pro hac vice)*
KAREN L. DUNN *(pro hac vice)*
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone:  (202) 237-2727
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN *(pro hac vice)*
SEAN P. RODRIGUEZ *(pro hac vice)*
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
sholtzman@bsfllp.com
srodriguez@bsfllp.com

SHEARMAN & STERLING LLP
JOHN F. COVE, JR. *(pro hac vice)*
535 Mission Street
25th Floor
San Francisco, CA  94105
Telephone:  (415) 616-1139
john.cove@shearman.com

*Attorneys for Plaintiff SolarCity Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>  Defendant. | No.  2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

1         Plaintiff SolarCity Corporation, by and through its attorneys, and pursuant to

2    LRCiv 5.2, gives notice that it has served the following documents on Defendant's

3    counsel via electronic mail transmission:  on July 26, 2016, (1) Notice of Videotaped

4    Deposition of Ahmad Faruqui; (2) Notice of Videotaped Deposition of Amparo Nieto; (3)

5    Notice of Videotaped Deposition of Ashley Brown; (4) Notice of Videotaped Deposition

6    of John Chamberlin; (5) Notice of Videotaped Deposition of Michael Katz; (6) Notice of

7    Videotaped Deposition of Michael Mace, and (7) Notice of Videotaped Deposition of

8    Susan F. Tierney.

9

10   Dated:  July 26, 2016               Respectfully submitted,

11                                         BOIES, SCHILLER & FLEXNER LLP

12                                         By:   s/ Sean P. Rodriguez

13                                            Sean P. Rodriguez

14                                    *Attorneys for Plaintiff SolarCity Corporation*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 26, 2016, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the following CM/ECF registrants:

WILMER CUTLER PICKERING HALE & DORR LLP
Molly S. Boast (*admitted pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
molly.boast@wilmerhale.com

Christopher E. Babbitt (*admitted pro hac vice*)
1875 Pennsylvania Ave. NW
Washington, DC 20006
christopher.babbitt@wilmerhale.com

Christopher T. Casamassina (*admitted pro hac vice*)
350 South Grand Ave.
Los Angeles, CA 90071
chris.casamassina@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
pcharlton@steptoe.com
ktilleman@steptoe.com

s/ Sean P. Rodriguez
Sean P. Rodriguez

CERTIFICATE OF SERVICE