# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>Salt River Project Agricultural Improvement and Power District, et al.,<br><br>                    Defendants. | No. CV-15-00374-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation and Joint Motion Concerning Rule 26(a)(3) Disclosures. (Doc. 170.) For good cause shown,

**IT IS ORDERED** that the Parties' Stipulation and Joint Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Parties shall exchange any additional Rule 26(a)(3) disclosures no later than **September 30, 2016**, followed by any objections under Rule 26(a)(3)(B) no later than **October 17, 2016**.

Dated this 27th day of July, 2016.

Douglas L. Rayes
United States District Judge