| | |
|---|---|
| 1 | COPPERSMITH BROCKELMAN PLC |
| | KEITH BEAUCHAMP (#012434) |
| 2 | ROOPALI H. DESAI (#024295) |
| | 2800 North Central Avenue, Suite 1200 |
| 3 | Phoenix, Arizona 85004 |
| | Telephone: (602) 381-5490 |
| 4 | kbeauchamp@cblawyers.com |
| | rdesai@cblawyers.com |
| 5 | |
| | BOIES, SCHILLER & FLEXNER LLP |
| 6 | WILLIAM A. ISAACSON *(admitted pro hac vice)* |
| | KAREN L. DUNN *(admitted pro hac vice)* |
| 7 | 5301 Wisconsin Ave, NW |
| | Washington, DC 20015 |
| 8 | Telephone: (202) 237-2727 |
| | wisaacson@bsfllp.com |
| 9 | kdunn@bsfllp.com |
| 10 | STEVEN C. HOLTZMAN *(admitted pro hac vice)* |
| | JOHN F. COVE, JR. *(admitted pro hac vice)* |
| 11 | SEAN P. RODRIGUEZ *(admitted pro hac vice)* |
| | 1999 Harrison Street, Suite 900 |
| 12 | Oakland, CA 94612 |
| | Telephone: (510) 874-1000 |
| 13 | sholtzman@bsfllp.com |
| | jcove@bsfllp.com |
| 14 | srodriguez@bsfllp.com |
| 15 | SHEARMAN & STERLING LLP |
| | JOHN F. COVE, JR. (*admitted pro hac vice*) |
| 16 | 535 Mission Street, 25th Floor |
| | San Francisco, CA 94105 |
| 17 | Telephone: (415) 616-1139 |
| | john.cove@shearman.com |
| 18 | |
| | *Attorneys for Plaintiff SolarCity Corporation* |
| 19 | |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| SolarCity Corporation, | | No. 2:15-CV-00374-DLR |
| | Plaintiff, | |
| | | **DECLARATION OF STEVE C. HOLTZMAN IN SUPPORT OF PLAINTIFF SOLARCITY CORPORATION'S RESPONSE TO DEFENDANT'S SUBMISSION CONCERNING PAGE LIMITS AND A BRIEFING SCHEDULE** |
| vs. | | |
| Salt River Project Agricultural Improvement and Power District, | | |
| | Defendant. | |

I, Steven C. Holtzman declare as follows:

1. I am a partner in the law firm of Boies, Schiller & Flexner LLP, counsel of record for Plaintiff SolarCity Corporation ("SolarCity") in this action. I make this declaration in support of SolarCity's response to Defendant Salt River Project Agricultural Improvement & Power District ("SRP")'s submission concerning the page limits and briefing schedule. The SRP submission is formally captioned as "Defendant Salt River Project Agricultural Improvement And Power District's: (1) Opposition, And In The Alternative, Cross-Motion For Leave To Exceed Page Limit; And (2) Motion For Briefing Schedule In The Event The Court Entertains SolarCity's Motion For Preliminary Injunction."

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. Several times on teleconferences with SRP's outside counsel, I invited SRP to agree on a procedure under which the parties would, by stipulation, retain the right to conduct a limited number of depositions in the fall, following the close of fact discovery in May 2016. As I proposed it, the limited additional depositions could include individuals who the parties would later state they intended to call as trial witnesses, but had not been deposed during fact discovery.

4. In making these proposals, I explained several times that in SolarCity's view, such a procedure would benefit both sides due to the volume of potential trial witnesses each had disclosed. I also specifically explained and candidly disclosed that SolarCity intended to identify and call customers as witnesses at trial, and noted that SRP's refusal and delay in providing SolarCity information about customers that had complained to SRP about the conduct at issue or that SRP had discussed internally in connection with the conduct at issue necessitated late disclosure of such witnesses.

5. One such call occurred on April 19, 2016. On that call, I specifically mentioned that SolarCity was unable to identify customer witnesses because SRP was repeatedly delaying productions and continued to redact customer names.

6. Another such call occurred on April 29, 2016. As accurately reflected in an email by SRP's counsel (Exhibit 1 to Mr. Rodriguez's concurrently filed declaration), I made such a "proposal" and expressed the same "concerns." At no time did SRP's counsel tell me either that it would agree to my proposals or propose an alternative regarding undeposed trial witnesses.

Dated:  July 29, 2016                         By: s/Steven C. Holtzman
                                                  Steven C. Holtzman

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

WILMER CUTLER PICKERING HALE & DORR LLP
Molly S. Boast *(admitted pro hac vice)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
molly.boast@wilmerhale.com

Christopher E. Babbitt *(admitted pro hac vice)*
1875 Pennsylvania Ave. NW
Washington, DC 20006
christopher.babbitt@wilmerhale.com

Christopher T. Casamassina (*admitted pro hac vice*)
350 South Grand Ave.
Los Angeles, CA 90071
chris.casamassina@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
pcharlton@steptoe.com
ktilleman@steptoe.com

                                        s/Steven C. Holtzman
                                        Steven C. Holtzman