WILMER CUTLER PICKERING
 HALE AND DORR LLP
Molly S. Boast (*admitted pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
molly.boast@wilmerhale.com

Christopher E. Babbitt (*admitted pro hac vice*)
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
christopher.babbitt@wilmerhale.com

Christopher T. Casamassima (*admitted pro hac vice*)
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
chris.casamassima@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, AZ 85004
Telephone:  (602) 257-5200
Facsimile:    (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation<br><br>                    Plaintiff,<br><br>   vs.<br><br>Salt River Project Agricultural Improvement and Power District<br><br>                    Defendant. | Case No.  2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT'S DISCOVERY REQUESTS** |

1  Defendant Salt River Project Agricultural Improvement and Power District, by
2  and through its attorneys, and pursuant to L.R. Civ. 5.2, gives notice that:
3  • On July 29, 2016, it served on Plaintiff's counsel via email Defendant Salt River
4    Project Agricultural Improvement and Power District's Amended Notice of
5    Deposition to Frank Wolak; and
6  • On July 29, 2016, it served on Plaintiff's counsel via email Defendant Salt River
7    Project Agricultural Improvement and Power District's Amended Notice of
8    Deposition to Mark Fulmer.

10  DATE:  August 2, 2016

By:  */s/ Christopher T. Casamassima*
Christopher T. Casamassima

*Attorney for Defendant*

-2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Richard J. Pocker

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
William A. Isaacson
Karen L. Dunn

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Steven C. Holtzman
John F. Cove, Jr.
Sean P. Rodriguez

COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Keith Beauchamp
Roopali H. Desai

　　　　　　　　　　　　　　　　　　*/s/Christopher T. Casamassima*
　　　　　　　　　　　　　　　　　　Christopher T. Casamassima