COPPERSMITH BROCKELMAN PLC
KEITH BEAUCHAMP (#012434)
ROOPALI H. DESAI (#024295)
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5490
kbeauchamp@cblawyers.com
rdesai@cblawyers.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON *(pro hac vice)*
KAREN L. DUNN *(pro hac vice)*
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN *(pro hac vice)*
SEAN P. RODRIGUEZ *(pro hac vice)*
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
sholtzman@bsfllp.com
srodriguez@bsfllp.com

SHEARMAN & STERLING LLP
JOHN F. COVE, JR. *(pro hac vice)*
535 Mission Street
25th Floor
San Francisco, CA 94105
Telephone: (415) 616-1139
john.cove@shearman.com

*Attorneys for Plaintiff SolarCity Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>                     Plaintiff,<br><br>          vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>                     Defendant. | No. 2:15-CV-00374-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

1       Plaintiff SolarCity Corporation, by and through its attorneys, and pursuant to
2   LRCiv 5.2, gives notice that it has served the following documents on Defendant's
3   counsel via electronic mail transmission:  on August 1, 2016, (1) Rebuttal Report of
4   Joseph P. Kalt; (2) Reply Report of Frank A. Wolak; and (3) Expert Rebuttal Report of
5   Mark E. Fulmer.

7   Dated:  August 2, 2016              Respectfully submitted,

8                                        BOIES, SCHILLER & FLEXNER LLP

9                                        By:   s/ Sean P. Rodriguez
10                                              Sean P. Rodriguez

11                                       *Attorneys for Plaintiff SolarCity Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

WILMER CUTLER PICKERING HALE & DORR LLP
Molly S. Boast *(admitted pro hac vice)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
molly.boast@wilmerhale.com

Christopher E. Babbitt *(admitted pro hac vice)*
1875 Pennsylvania Ave. NW
Washington, DC 20006
christopher.babbitt@wilmerhale.com

Christopher T. Casamassina (*admitted pro hac vice*)
350 South Grand Ave.
Los Angeles, CA 90071
chris.casamassina@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
pcharlton@steptoe.com
ktilleman@steptoe.com

s/ Sean P. Rodriguez
Sean P. Rodriguez