1  COPPERSMITH BROCKELMAN PLC
   KEITH BEAUCHAMP (#012434)
2  ROOPALI H. DESAI (#024295)
   2800 North Central Avenue, Suite 1200
3  Phoenix, Arizona 85004
   Telephone: (602) 381-5490
4  kbeauchamp@cblawyers.com
   rdesai@cblawyers.com
5
   BOIES, SCHILLER & FLEXNER LLP
6  WILLIAM A. ISAACSON (*admitted pro hac vice*)
   KAREN L. DUNN (*admitted pro hac vice*)
7  5301 Wisconsin Ave, NW
   Washington, DC 20015
8  Telephone: (202) 237-2727
   wisaacson@bsfllp.com
9  kdunn@bsfllp.com

10 STEVEN C. HOLTZMAN (*admitted pro hac vice*)
   JOHN F. COVE, JR. (*admitted pro hac vice*)
11 SEAN P. RODRIGUEZ (*admitted pro hac vice*)
   1999 Harrison Street, Suite 900
12 Oakland, CA 94612
   Telephone: (510) 874-1000
13 sholtzman@bsfllp.com
   jcove@bsfllp.com
14 srodriguez@bsfllp.com

15 SHEARMAN & STERLING LLP
   JOHN F. COVE, JR. (*admitted pro hac vice*)
16 535 Mission Street, 25th Floor
   San Francisco, CA 94105
17 Telephone: (415) 616-1139
   john.cove@shearman.com
18
   *Attorneys for Plaintiff SolarCity Corporation*

19                    UNITED STATES DISTRICT COURT
20                      FOR THE DISTRICT OF ARIZONA
21

| | |
|---|---|
| SolarCity Corporation,  <br><br>   Plaintiff,  <br><br> vs. <br><br> Salt River Project Agricultural Improvement and Power District, <br><br>   Defendant. | No. 2:15-CV-00374-DLR  <br><br> **PLAINTIFF SOLARCITY CORPORATION'S STATEMENT CONCERNING DEFENDANT'S NOTICE OF LODGING PURSUANT TO LRCIV. 5.6(d)** |

1    For the sake of clarity, Plaintiff SolarCity Corporation ("SolarCity") hereby states that it will not seek sealing of any document that Defendant Salt River Project Agricultural Improvement & Power District ("SRP") SRP lodged at Docket Nos. 166 & 168. *See* Docket No. 165 (SRP's LRCiv 5.6(d) notice and motion to seal).

SolarCity assumes that the highest standard ("compelling reasons") applies because SRP lodged those documents in connection with a filing where SRP engages in argument about merits of SolarCity's lodged preliminary injunction motion. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016).

In light of that standard and the presumption in favor of public access, SolarCity does not believe that any document lodged at Docket No. 168 need be sealed at filing.

Dated: August 9, 2016                    Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By:   s/Sean P. Rodriguez
         Sean P. Rodriguez

*Attorneys for Plaintiff SolarCity Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2016, I electronically transmitted the attached document, together with the materials attached to and electronically lodged with it, to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

WILMER CUTLER PICKERING HALE & DORR LLP
Molly S. Boast *(admitted pro hac vice)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
molly.boast@wilmerhale.com

Christopher E. Babbitt *(admitted pro hac vice)*
1875 Pennsylvania Ave. NW
Washington, DC 20006
christopher.babbitt@wilmerhale.com

Christopher T. Casamassina (*admitted pro hac vice*)
350 South Grand Ave.
Los Angeles, CA 90071
chris.casamassina@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
pcharlton@steptoe.com
ktilleman@steptoe.com

                                                    s/Sean P. Rodriguez
                                                    Sean P. Rodriguez