# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

SolarCity Corporation

**Plaintiff(s)/Petitioner(s),**

vs.

Salt River Project Agricultural Improvement and Power District

**Defendant(s)/Respondent(s)**

CASE NO: 2:15-CV-00374-DLR

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)**

FILED ___ LODGED ___
RECEIVED ___ COPY ___

AUG 1 0 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**NOTICE:  $35.00 APPLICATION FEE REQUIRED!**

I, David Gringer , hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice

admission to appear and practice in this action on behalf of Salt River Project Agricultural Improvement and Power District .

**City and State of Principal Residence:** Washington, D.C.

**Firm Name:** Wilmer Cutler Pickering Hale & Dorr LLP

**Address:** 1875 Pennsylvania Avenue NW  **Suite:**

**City:** Washington  **State:** D.C.  **Zip:** 20006

**Firm/Business Phone:** ( 202 ) 663-6000

**Firm Fax Phone:** ( 202 ) 663-6363  **E-mail Address:** david.gringer@wilmerhale.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| U.S. District Court for the District of Columbia | 08/01/2016 | ✓ Yes | ☐ No* |
| | | ☐ Yes | ☐ No* |
| | | ☐ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  ☐ Yes  ✓ No

Have you ever been disbarred from practice in any Court?  ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

8/9/2016
**Date**

**Signature of Applicant**

**Fee Receipt #** _____

(Rev. 04/12)

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the

District of Columbia, do hereby certify that:

### DAVID GRINGER

was, on the  1st  day of   August   A.D.   2016   admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of  this Court, a

member of said  Bar in good standing.


In Testimony  Whereof, I hereunto subscribe my name and affix the seal of said Court

in  the City of  Washington this   1st   day of   August   A.D. 2016.



### ANGELA D. CAESAR, CLERK

By: _Michael Darby_

**Public Operations Administrator**