# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

SolarCity Corp.

       Plaintiff(s)/Petitioner(s),

vs.

Salt River Project Agricultural Improvement and Power District

       Defendant(s)/Respondent(s)

CASE NO: 2:15-cv-00374-DLR

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ____ LODGED
____ RECEIVED ____ COPY

AUG 1 9 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

### NOTICE: $35.00 APPLICATION FEE REQUIRED!

I, **David L. Sluis**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Salt River Project Agricultural Improvement and Power District**.

**City and State of Principal Residence:** Falls Church, VA
**Firm Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Address:** 1875 Pennsylvania Ave., NW    **Suite:**
**City:** Washington    **State:** DC    **Zip:** 20006
**Firm/Business Phone:** (202) 663-6000
**Firm Fax Phone:** (202) 663-6363    **E-mail Address:** david.sluis@wilmerhale.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court for the Eastern District of Wisconsin | 03/11/2010 | ☑ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |
| | | ☐ Yes   ☐ No* |

\* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

\* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No

Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

8/15/2016
**Date**

*/s/ David L. Sluis*
**Signature of Applicant**

**Fee Receipt #** PHX175425

(Rev. 04/12)

AO136
(Rev. 9/98)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, JON W. SANFILIPPO, Clerk of the United States District Court, Eastern District of Wisconsin,

DO HEREBY CERTIFY that **David L. Sluis**, Bar # 991898, was duly admitted to practice in this Court on March 11, 2010, and is in good standing as a member of the Bar of this Court.

Dated at     Milwaukee, Wisconsin

on          August 12, 2016

                                                   Jon W. Sanfilippo
                                                   Clerk

By    *D. McLeod Brock*
       Deputy Clerk