# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SolarCity Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>Salt River Project Agricultural Improvement and Power District, et al.,<br><br>              Defendants. | No. CV-15-00374-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Combined Joint Motion and Statement in Response for Leave to Exceed Page Limits for Motion for Summary Judgment. (Doc. 198.) For good cause shown,

**IT IS ORDERED** that the Motion for Leave to Exceed Page Limits is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Salt River Project Agricultural Improvement and Power District's Motion for Summary Judgment shall not exceed **30** pages, and its Reply in support of said Motion shall not exceed **15** pages. Plaintiff SolarCity Corporation's Response shall not exceed **30** pages.

Dated this 1st day of September, 2016.

Douglas L. Rayes
United States District Judge