SALT RIVER PROJECT

SPECIAL BOARD MEETING

CONTINUATION SPECIAL BOARD          )
MEETING ON PROPOSED CHANGES TO      )
STANDARD ELECTRIC PRICE PLANS       )
AND TERMS AND CONDITIONS OF         )
COMPETITION                         )
                                    )
                                    )

February 26, 2015
9:18 a.m.
SRP PERA CLUB
1 East Continental Drive
Tempe, Arizona

Prepared By:

Jennifer Smith, RPR
Certificate No. 50180

GARCIA REPORTING SERVICES

Prepared For:                    2819 East 22nd Street
                                 Tucson, Arizona 85713
THE BOARD                          (520) 884-4365
(Original)                       Fax (520) 624-9336

GARCIA REPORTING SERVICES - (520) 884-4365

SRP-00010656

1  APPEARANCES:
   Board Members

2

3  David Rousseau, President

4  John R. Hoopes, Vice President

5  William W. Arnett

6  Fred Ash

7  Art Freeman

8  Debbie Hendrickson

9  Kevin Johnson

10  Wendy Marshall

11  Mark Pace

12  Carolyn Pendergast

13  Paul Rovey

14  Jack White Jr.

15  Leslie C. Williams

16  Stephen Williams

17  Keith Woods

18

19

20

21

22

23

24

25

| | | Page |
|---|---|---|
| 1 | Management and Board | |
| 2 | Consultant Presentations | |
| 3 | Mark Bonsall | 9 |
| 4 | Aidan McSheffrey | 14 |
| 5 | Dr. John Chamberlin | 26 |
| 6 | Solar and Other Organizations | |
| 7 | Court Rich - The Alliance for Solar Choice | 30 |
| 8 | (TASC) | |
| 9 | Sean Seitz - American Solar Deployment | 35 |
| 10 | Alliance (ASDA) | |
| 11 | Stan Barnes - Arizonans for Electric Choice | 43 |
| 12 | and Competition (AECC) | |
| 13 | Michael McElrath - Freeport McMoRan Copper | 48 |
| 14 | and Gold | |
| 15 | Thad Kurowski - SolarCity | 55 |
| 16 | Public Comments | |
| 17 | Steven Thompson | 59 |
| 18 | George Kinney | 60 |
| 19 | John Carlson | 61 |
| 20 | Ronald Rich | 64 |
| 21 | Bob Emmelkamp | 65 |
| 22 | Jeffrey Hausauer | 67 |
| 23 | Richard Mason | 69 |
| 24 | Roc Arnett | 71 |
| 25 | William Bodzioch | 73 |

1   <u>Public Comments (Continued)</u>                    Page

2   Jeff Spies                                          75

3   Larkey Hodges                                       76

4   Mike Curtis                                         77

5   Pedro Lopez                                         80

6   Oscar Hernandez                                     81

7   Gary Yaquinto                                       83

8   Dave Chacon                                         86

9   Michael Lynch                                       90

10  Randy Miller                                        92

11  Jeanne Devine                                       96

12  Jacob Everts                                        98

13  Joseph Hui                                          100

14  Hal Stahl                                           102

15  Dwayne Ketchens                                     103

16  Jim Pitre                                           105

17  Anna Rose                                           108

18  Marty Shultz                                        110

19  Dianne Woods                                        112

20  Logan Newby                                         114

21  Jason Armstrong                                     116

22  Ms. Billy Hunt                                      118

23  Jeffrey Seeley                                      119

24  Mark Holohan                                        119

25  Nancy Tichenor                                      122

1  meter.  The customer can go look at the meter at any point
2  in time and see what their current demand is.  So there is
3  information available to you.

4           MR. WOODS:  Thank you for responding.

5           MR. McSHEFFREY:  Lastly, I have two slides that
6  summarize Management's proposal.  These are the changes
7  Mark had mentioned that are contained within the document
8  you have in front of you with the revisions, which is the
9  3.9 percent overall increase.  The phase in that would
10 occur for all customer classes in the 2015 -- summer of
11 2015, May through October, the 30-minute on-peak E-27
12 design, as well as discussing the commitment that we have
13 to have a review of the allocation methods with a broad
14 array of stakeholders, the E-27 pilot program and
15 returning with thoughts about alternative designs at a
16 later date.

17           In terms of the grandfathering, this is what I
18 summarized before in terms of the 10 years or 20 years
19 from the date of the installation for Category A, 10 years
20 for the other categories as well as no limitation on
21 transfers.  So, basically, had the systems run with the
22 land.

23           We'll be back this afternoon and have more
24 discussion on these or if I can answer any questions at
25 this time.

1          MR. ROUSSEAU:   Thanks, Aidan.

2          MR. McSHEFFREY:   Thank you.   I'll turn it over to
3   Dr. Chamberlin.

4          MR. ROUSSEAU:   Thanks, Aidan.

5          DR. CHAMBERLIN:   Mr. President, Mr. Vice
6   President, members of the Board, I just plan to very
7   briefly summarize our primary findings and recommendation.

8          The first is that the cost allocation is correct
9   and it's reasonable and can be relied upon in this process
10  for setting prices.   Clearly there's judgment involved in
11  performing a cost of service study and people will always
12  disagree about some of the allocators, but I strongly
13  believe that the allocators that are used by Management in
14  this process are correct, reasonable and accurately
15  calculated.

16         The second is that the proposed price plans move
17  the class return closer to the system average rate of
18  return.   The adjustments that were needed this time were
19  generally smaller than what we've seen in the past few
20  price processes at least.

21         The third finding is that the proposed price plan
22  slightly improved the alignment of fixed costs and fixed
23  charges.   That's largely done through what I think are
24  relatively small increases in customer charges, the E-27
25  rate that I talk about on the next slide, and the

SRP-00010681

1  introduction of demand charges to E-65 rate.

2          The proposed price plans I think are aligned with
3  the Board's pricing policies.  Clearly there are always
4  competing objectives, primarily the gradualism and the
5  cost relation objective.  The farther price plans are from
6  the cost relation objective, the harder it is to find
7  gradualism while still improving the cost relation.

8          MR. HOOPES:  Explain what you mean by cost
9  relation.

10         DR. CHAMBERLIN:  It's the alignment of the price
11  plans with the underlying cost of serving the -- the
12  customers that are served on that price plan.

13         MR. HOOPES:  It's what the price that the
14  individual customer pays is more reflective of the cost
15  that that individual customer caused or not individual,
16  but a class of customers?

17         DR. CHAMBERLIN:  Exactly.

18         So the farther any particular price plan is from
19  the underlying cost of service for that price plan, the
20  harder it is to find a relation -- improve that
21  relationship while still having a gradual approach.  I
22  think the changes that are proposed in this process do
23  balance your objectives, but that's a judgment for you to
24  make, not for me.  Finally, our recommendation was that
25  you approve of the proposed price plans for those reasons.

SRP-00010682

1  Let me talk a little bit about the E-27 price
2  plan and our findings associated with that.  Clearly the
3  current price plans do not allow full recovery of fixed
4  costs of serving distributed generation customers.  That
5  means there are unrecovered fixed costs associated with
6  those customers and those unrecovered costs have to then
7  be shifted to other customers within those price plans.
8  That cost shift is significant and it's growing.  It's
9  currently about $9 to $10 million a year and it will get
10  bigger unless there is a solution that's adopted.

11  I think that the E-27 price plan is better than
12  any of the alternatives that has been proposed, not just
13  here, but anywhere in the country or around the world for
14  that matter.  I think it's better primarily because it not
15  only fixes the problem -- it not only fixes the problem,
16  but it gives customers an opportunity to save in a way
17  that's consistent with cost savings for SRP.  Other
18  alternatives don't allow that to happen.

19  MR. ROUSSEAU:  I'm sorry.  I need to ask the
20  audience to respect the speakers, please.

21  DR. CHAMBERLIN:  So for that reason, we recommend
22  that you approve the proposed E-27 price plan.

23  Thank you.  I can address questions now or do
24  that later this afternoon when I come back.

25  MR. ROUSSEAU:  Dr. Chamberlin, can you talk about

1  the proposed E-27 pilot and the attractiveness to a non-DG
2  customer and I don't know if you've looked at that
3  specifically?

4        DR. CHAMBERLIN:  Well, there are two kinds of
5  customers that are not DG customers who might be attracted
6  to the E-27 pilot.  One is the customer who has a load
7  shape by its nature that would allow them to see a lower
8  bill under an E-27 rate than an E-26 or E-23 or whatever
9  rate they're currently on.  That's the kind of a customer
10 that you wouldn't particularly like to jump to, an E-27
11 rate, because it's a revenue loss.  The customer wouldn't
12 be doing anything, but would be benefitting under the rate
13 and there would be some of those customers.

14        The second kind of a customer is a customer who
15 could enroll in a proposed E-27 pilot program and respond
16 to the rate in such a way that they see savings.  That is
17 a demand reduction is the most likely response and that
18 demand reduction will bring about a cost reduction for the
19 company, which is why that is good for both those
20 customers and for the company itself.

21        MR. ROUSSEAU:  Okay.  All right.  Thank you.
22 We'll talk to you later.

23        DR. CHAMBERLIN:  Okay.

24        MR. ROUSSEAU:  Are we at the next portion of the
25 agenda where we're going to hear from --

SRP-00010684

1    MR. McSHEFFREY:  Yes, we are ready to start the
2  next session, which I believe is public comment.
3    MR. ROUSSEAU:  Okay.  We have down there's
4  comment from organizations, solar included.  So that's --
5  I don't know who's orchestrating those speakers.  Do we
6  have a lineup?
7    MS. LONON:  I have a list.
8    MR. ROUSSEAU:  Okay.  Terri's going to go ahead
9  and solve this mystery and call on the next speaker,
10  please.
11    MS. LONON:  Can we hear from Court Rich of TASC?
12    MR. RICH:  Let me make sure this works.  Good
13  morning, Board members, President Rousseau.  We've met
14  before.  My name is Court Rich.  I'm here on behalf of The
15  Alliance for Solar Choice.
16    So we have a unique situation here today.  We can
17  actually see the future.  We know the results of what
18  you're going to do today because it actually started on
19  December 8th.  We don't need a fancy DeLorean traveling
20  through time.  We can see it right now and here's what we
21  know.  From December 8th to January 15th, 20 people signed
22  up for solar, 20 people.  I don't know if they knew what
23  they were getting, but they signed up for solar.  We asked
24  your staff since then to give us more numbers and they
25  refuse.  So I'd like to know how many have signed up

1          MS. LONON:  Your name?

2          MR. KUROWSKI:  Thad Kurowski with SolarCity.

3          MS. LONON:  I don't have that name, but it's your
4    call.

5          MR. ROUSSEAU:  I appreciate all the suggestions
6    from the audience, but that's not helping sort through
7    this.

8          I'm going to go ahead and continue describing the
9    public process and you can be our first speaker in the
10   public process and we'll give you some latitude.

11         Again, the reminder is if you're interested in
12   speaking and making oral comments, please register with
13   the Secretary Staff seated by the entrance, if you haven't
14   already taken advantage of that.  We would like to hear
15   and give as many people as possible the opportunity to
16   speak.  We do need to manage time.

17         So that we can accomplish all of our objectives,
18   I would encourage those who intend to speak to avoid
19   repetition and if you're a member of a group, to appoint a
20   representative to speak on your group's behalf in hopes
21   that we can satisfy all requests during the time allotted
22   for public comment.  Except where arranged, we would like
23   to restrict oral statements to two minutes each.

24         So we'll now proceed with the representative from
25   SolarCity.  Forgive me.  I don't remember your.

1            MR. KUROWSKI:   I have a presentation that I
2    brought up.   Thank you, President Rousseau, Vice President
3    Hoopes, members of the Board.   I've been up here before.
4    I appreciate the opportunity to speak to you again today.
5            MS. LONON:   Can we have your name, please?
6            MR. KUROWSKI:   Thad Kurowski with SolarCity.
7            So hopefully you all recognize this slide.   I'm
8    not going to repeat all of the things that I said the last
9    time I was up and presenting on the 9th.   That day you
10   heard a lot of comments from a number of customers and
11   industry.   You heard a lot of the same things echoed here
12   today in terms of discussion about the process that we've
13   gone through and I won't take time rehashing the reasons
14   why the distributed generation rate is all of these
15   things.

16           But one of the things that I wanted to make sure
17   to point out is that there is a disparity in the
18   information you received and you've heard over the course
19   of the conversations and one thing really stands out and
20   that is coming back, there's been a lack of transparency
21   in the process that we've had and it's -- what it's really
22   done in my opinion is placed all of you in a position
23   where you're likely feeling or maybe feeling like you're
24   not quite sure what the right thing then to do is because
25   there is this wide range that you've heard.

1    So what I'd like to suggest is that we take time,
2  we step back and you hold off on any vote that you would
3  have today on the DG pricing proposal and the aspects of
4  that and let's have a conversation through an actual
5  stakeholder process.  We heard a lot of discussion about
6  how the ACC goes through its processes today and I think
7  that SolarCity, speaking on behalf of SolarCity, we would
8  love to be part of that process.  You've heard this echoed
9  from Mr. Rich, from Mr Seitz, collaboration is what's
10  needed and that's not what we have had.

11    So while those conversations would be taking
12  place in an open process, I'd suggest we back up and we
13  unwind and start fresh in terms of the DG proposal.  Let's
14  make sure that any grandfathering decisions and rate
15  changes would be perspective from the date of the vote,
16  from the date that alternative proposal was voted on and
17  approved by the Board and, excuse me, that's out of
18  fairness.  All customers who signed up before the vote,
19  they should be grandfathered for 20 years.  If you choose
20  this direction, we should get a transparent process where
21  all of the Board members can feel confident in the
22  decision that they make at the end of the day.

23    One of the things that I want to point to is you
24  have a huge number of public comment in the Info Room and
25  letters that have been submitted by customers and industry

SRP-00010711

1  and others.  One I want to point out to you was sent out
2  on February 9th by Vickie Sandler, who has spoken in front
3  of the Board before.  She has 33 years in the energy
4  business, extensive ratemaking background with FERC and
5  APS.  She was also the president of the APS Energy
6  Services.  They're a competitive branch, so she has an
7  understanding of both sides of the competitive industry
8  and the ratemaking process.  I would highly encourage you
9  to look at that and read that letter thoroughly before you
10  vote and I just want to highlight a few things and the
11  reason why I think it's a benefit to read that is she's an
12  expert who has a deep understanding, but she also says
13  what we need to do is look at all of the alternatives.
14  All the alternatives meaning don't look at just this
15  proposal or what the changes are that Management has
16  provided based on your comments and questions.  We should
17  go through an open process.  Those are her
18  recommendations.

19         She goes on to criticize, and I'm paraphrasing
20  here, excuse me, the cost shift rationale is usually
21  related to shift in cost allocation between customer
22  classes.  So small commercial subsidizes residential
23  routinely not within a single customer class.  What she
24  says is subsetting about four percent of the utility
25  ratepayers, solar customers into a subclass within a rate

1  class is dangerous ratemaking.  I think those points are
2  worth highlighting again.  I'd encourage you to read that
3  letter.

4       So we've heard a lot in the process about --
5  heard a lot about the problem of the process and I'm going
6  to take a step further as been suggested before me and
7  kind of play out what happens as a result of what we're
8  seeing.

9       So if the DG proposal is voted on today and voted
10 in, you're eliminating the ability to go solar in SRP
11 service territory and you're doing it in a way that can't
12 be justified.  If it's voted in today, what's gonna happen
13 is the industry, SolarCity, is going to have no choice but
14 to challenge the decision in the courts, as we've heard
15 reference to.  In that event, SRP ends up having to
16 produce evidence, hire experts to do the analysis and
17 provide the justification, but you have to do it all in
18 the courts.  Takes -- it's a lengthy process.  It's not
19 something that we certainly would like to see happen and
20 it would not be our choice to go that route, but that's
21 the decision that we would have to make.  At the end of
22 the process, we're confident that if we have to go through
23 the courts, that the courts are going to find the price
24 plan cannot be defended and we're gonna have to start this
25 all over again anyway.

SRP-00010713

1          So what I would suggest is we have the time,
2    there's no reason to rush the vote, as Ms. Sandler
3    suggests and we can come up with a better alternative and
4    not unfairly penalize solar customers or the industry in
5    the meantime.
6          Thank you.
7          MR. ROUSSEAU:  Any questions for Thad.  Okay.
8    Thanks very much.
9          So we're now going to proceed with public
10   comments and, again, I'd ask everybody to reserve their
11   applauds.  It just adds to the amount of time and,
12   ultimately, I think we'll regret that we didn't hear from
13   people, which is, again, the whole intent as opposed to
14   respective reaction.
15         So, Terri, would you call the first member of the
16   public?
17         MS. LONON:  Sure.  Steven Thompson.
18         MR. ROUSSEAU:  Do you want to call another name
19   for the second up?  Just one second, Steve.
20         MS. LONON:  Sure.  George Kinney.
21         MR. ROUSSEAU:  George, if you could be ready.
22   Thanks.  I'm sorry, Steve.  Go ahead.
23         MR. THOMPSON:  Good morning.  Thank you for
24   hearing me.
25         I've been a solar customer for several years.  My

1  upfront investment was about -- after rebates and
2  everything, it was about $14,000.  So I appreciate your
3  reconsidering the $50 a month fee.  That's much
4  appreciated.
5        All I would like to say is that we know that
6  climate change is happening.  We know that carbon fuels
7  are a big cause of that.  We know the Southwest is getting
8  dryer and it is incumbent upon SRP to take care of the
9  water supply as well as the fuel supply and as the water
10  supply is being threatened by the heating of the
11  Southwest, it has to be entered into the consideration of
12  these matters.
13        Thank you for your time.
14        MR. ROUSSEAU:  Thanks very much.
15        MS. LONON:  After George is Tyler Carlson.
16        MR. KINNEY:  I'm George Kinney.  Born here.  Paid
17  SRP rates for all my life.  Every transmission tower you
18  see I've already paid for.  I've paid for the peaker plant
19  that sits across from me at Kyrene.  I know you know what
20  a peaker and a load plant do, but let me get on to what
21  why I'm here.
22        Before me, I present to you the agreement I
23  signed with SRP.  If you notice, there's a box to check.
24  As part of this agreement, a formal contract between SRP
25  and me calls for several quid pro quos.  One of the things

1   manage consumer bills and using that as part of the rate
2   structure is a really good way to do that.

3        SRP has done a great job of ramping up its
4   investment in energy efficiency and is an organization
5   that works to protect pocketbooks of individual consumers
6   and works with small businesses on a regular basis.  We
7   think that's the perfect direction to be heading in, but
8   there's a disconnect between having those programs in
9   place and then not allowing customers to better manage
10  their bills on a monthly basis as well.  So we encourage
11  you to ask Management those questions, to vote no on that
12  aspect today.

13       I don't believe that this is a done deal.  I
14  believe members of the Board are independent.  You've
15  asked a lot of very good questions over these proceedings.
16  We appreciate that.  We encourage you if this is the
17  direction you're moving into today, that you don't leave
18  here without setting up a process that ensures a next
19  go-around.  There are better options in front of you and
20  options that really help customers, again, both
21  residential and businesses, to manage their bills and to
22  have a rate charge on a monthly basis that is, again, more
23  in line with other utilities across the country.

24       Thank you.

25       MR. ROUSSEAU:  Thanks, Diane.

 1              MS. LONON:  Mr. Verschoor.

 2              MR. ROUSSEAU:  I think that concludes our public

 3   comment.  I don't see Mr. Verschoor.  So I think next up

 4   we have Aidan, unless anybody on the Board has any

 5   questions inspired.  Otherwise, I'm assuming Management

 6   will address the questions.

 7              MR. McSHEFFREY:  We have a few Management experts

 8   that are scheduled to speak next.  We'll start with

 9   Mr. Ashley Brown, Ahmad Faruqui and then move to John

10   Chamberlin.  Then I'll come and be glad to answer any

11   questions you have of Management and I have a few comments

12   and we'll have Mark come up after me.

13              MR. ROUSSEAU:  Thanks, Aidan.

14              MR. BROWN:  President Rousseau, Vice President

15   Hoopes, members of the Board, I appreciate the opportunity

16   to be here with you.  Although, I have to tell you, having

17   served 10 years as commissioner of the Public Utilities

18   Commission of Ohio, this is déjà vu for me usually sitting

19   on your side of the table.  I have to commend you because

20   you hold your meetings during the day.  We used to go

21   until 2:00 and 3:00 in the morning doing the same thing.

22              So I am empathetic to the enormity of the task

23   and the decisions you have to make and also the efforts

24   you've made to make this a participatory process and an

25   open process.  In fact, I have to say that when I reviewed

SRP-00010799

1  some of the records in this case because I was sort of --
2  when I was a commissioner, I was really fixed on making
3  sure I had all the information I needed before making
4  decisions and you have before you a very rich record,
5  including some of the records that was made today and at
6  the other public meetings, a very rich record full of all
7  of the arguments that you need to contemplate and I don't
8  see anything deficient in that record that would keep you
9  from making a decision and I base that on having been a
10  commissioner for 10 years and having to make these kinds
11  of decisions.
12          The other thing that needs to be clear is this is
13  not a matter of life or death about solar energy.  In
14  fact, let's be very clear about where the costs of solar
15  have been going in the last few years.  Three years ago,
16  you would see solar panels going for as much as $5,300 per
17  installed kilowatt.  Today the price is -- the lowest I've
18  seen in my home state of Massachusetts is about 3,300, but
19  I understand in California, it's dipped into the two
20  thousands.  So the price has declined rapidly.
21          Now, if there was a need for a subsidized
22  rate -- and, actually, net metering was never designed as
23  a subsidy.  It was a default because there weren't
24  alternatives several years ago, but if there was a need
25  for the subsidy, it's when the price is at $5,300.  I'm

1    only talking about the cross-subsidies.  I'm not talking
2    about the ITC.  I'm not talking about the RECs market.  So
3    the fact is the prices declined.

4          There's a recent study, in fact, in the Lawrence
5    Berkeley Lab that is really interesting.  What they're
6    saying is it's remarkable about the price declining, and
7    you see this dramatically in some other countries, is that
8    it hasn't declined as much in the U.S.  Why?  Because as
9    the costs decline with net metering setting a fixed high
10   price, the installers are grabbing more of the money and
11   using it for marketing, using it for their own profits and
12   it's not driving down the price to consumers.

13         So making a decision quickly will actually make
14   solar more available probably at lower costs to more
15   customers.  This isn't the death bell.  It's, in fact, the
16   opposite.  It's the stimulus for solar and it reflects to
17   allow customers to actually get the advantage of where the
18   market is going.  That's important.  The cost of solar is
19   declining.  That's a good thing.  It means there will be
20   more solar and it means the need for artificially inflated
21   prices doesn't make sense.  Doing that as soon as you can
22   do that makes it to the benefit of all SRP customers,
23   whether they're solar or whether they're non-solar.

24         There was a dialogue I think, Director Woods, you
25   asked a question of, I forgot the gentleman's name, but it

SRP-00010801

1  was an installer about more efficiency and it was a very
2  good question.  What's interesting is he said, and he's
3  absolutely right, it's important to have incentives to
4  promote efficiency.  That's exactly what this proposal
5  does.  It provides an incentive to capture more energy at
6  the time of peak demand as opposed to now where you get
7  your -- really your incentive is simply to produce
8  kilowatt-hours regarding of when the system benefits as
9  opposed to a more western exposure and the same thing is
10 true with battery, other kinds of storage technology that
11 allows solar energy to be delivered at the time the system
12 most values it and most needs it.  So, in fact, the
13 incentives are built into the existing rate proposal and
14 the incentives are a terrific idea and that's exactly
15 where things ought to go.

16        The other thing about the proposal that's
17 important is there's been a lot of discussion about are
18 you penalizing solar and that.  The point is rate
19 classifications, customer classifications are based on the
20 load characteristics of customers.  The simple fact is
21 solar residential customers have a different load
22 configuration than non-solar residential customers.  They
23 are different.  They produce energy at various points in
24 time when the sun is shinning, not always predictably.
25 Their demand doesn't necessarily -- generally solar

SRP-00010802

1 production is not coincident with demand in Arizona, but
2 for that matter, anywhere else in the United States.  It
3 tends to be off-peak.  Sometimes at the shoulder, but
4 rarely on-peak.  So it produces -- provides energy at
5 times the system finds it to be of less value and there's
6 a recognition and those customers, therefore, have a
7 different characteristic.  They put different demands on
8 the system.

9        One of the bedrock principles of electricity
10 pricing, of regulatory pricing anywhere, actually, is the
11 cost causer should pay the cost that he or she causes to
12 be incurred.  In this case, the characteristics of
13 residential solar customers are different than a
14 residential non-solar.  If that imposes costs, then the
15 rates they pay should be reflected.  So it's not a
16 penalty.  It's a reflection of what actually is their load
17 characteristics and their configuration as a customer.

18        The other thing about the status quo, the
19 existing net metering and why this proposal is such an
20 improvement is if you -- if there was a need to subsidize
21 solar, there's a rule, some general economic principles
22 about how do you subsidize an embryonic technology.  Solar
23 is not embryonic.  It's now really commercial and viable.
24 How do you do that?  What you do is you do a targeted
25 subsidy, narrowly targeted, and you phase it out.  You

1  don't create a subsidy in eternity.  You phase it out over
2  time giving the developers the technology, the incentive
3  to make it more efficient, to be more commercially viable
4  and to be sustainable in the long run.  Giving the
5  declining cost, dramatically declining cost of solar
6  panels, it's clear that the time for the subsidy, at least
7  the cross-subsidy, that's implicit in net metering is
8  gone.
9       And, finally, I urge you -- and this I think is a
10  very important point and often gets ignored.  There are
11  two studies I've seen and there's also a comment by the
12  staff of the Arizona Corporation Commission which clearly
13  show that net metering is status quo, is, in fact, a
14  regressive social subsidy.  It takes money from the less
15  affluent people and transfers it to the more affluent
16  people.  Why?  It's intuitively obvious why.  The
17  Commission staff in Arizona knows that.
18       Most poor people don't own their own homes, so
19  they don't have roofs to put panels on and, secondly, they
20  don't have the capital necessary to make investments, nor
21  are they sufficiently credit worthy to have a lease so
22  that the opportunity to do solar just isn't there.  If
23  solar customers aren't picking up their share of the fixed
24  cost of the system and are transferring those burdens to
25  non-solar and the lower income people, what it really --

SRP-00010804

1   what net metering really has done, and there's really not
2   a lot of dispute about this, is it's essentially become a
3   kind of tax on the poor or a tax on the less affluent and
4   what --

5           As I said, the Arizona staff, the Commission
6   staff of the Arizona Commission noted it.  The E3
7   Consulting Firm in California on behalf of the Public
8   Utilities Commission did the study that made it clear that
9   that's what was going on and there's also a study that was
10  done in New Jersey that shows pretty clearly exactly the
11  same thing and even if you think about it intuitively as
12  the Commission staff did in Arizona, that's obvious.

13          So in conclusion, what I'd like to say is simply,
14  you have a really rich record to make a decision.  There
15  are good reasons including enabling more folks to take
16  advantage of solar to make a decision sooner rather than
17  later.  You've heard lots of points of view.  That's
18  commendable and I urge you to make a decision I suggest
19  would be appropriate, but to make a decision, I'm not sure
20  you're going to get a lot or any more information than you
21  already have at your disposal.

22          Thank you very much.

23          MR. ROUSSEAU:  Any questions.  Thank you.

24          Again, please -- our public comments we've
25  concluded.  I think we'd like to show all the speakers the

1  same level of respect.

2      DR. FARUQUI:  Good afternoon.  My pleasure to be
3  here.  I will talk briefly about some new updates that
4  I've done to the benchmarking study which I presented
5  previously.

6      I talk about development in Australia, Germany
7  and Spain, all of the overseas experiences and I also talk
8  about a very eminent development that will be happening
9  next in a Midwestern state.  So these are data points that
10 were not in my previous study.

11     Australia, as I think I mentioned previously, has
12 1.25 million rooftop solar units compared to a national
13 population of some nine million households or a
14 penetration rate of 14 percent.  There are a lot of
15 reasons why that is the case.  I won't go into those, but
16 I'll just simply make a comment that in some states, which
17 is Queensland which includes the City of Brisbane that you
18 might be familiar with and the Gold Coast, the percentage
19 is even higher just a bit, about 20 percent.

20     What is the main driver?  One of the key drivers
21 is what Ashley Brown just mentioned, it's the falling
22 price of what it will take sales.  More importantly, it's
23 a rate design that's largely volumetric in nature.  It has
24 no demand charge and net energy metering by default has
25 been the rate.  So it has been a tremendous bargaining for

1  people to go and put rooftop solar on the roof.

2       What we have now is a very recent paper by
3  Professor Simshauser who also works for AGL in Australia,
4  one of the Australian energy companies.  He has estimated
5  using very, very detailed data the cross-subsidy that
6  exists between customers with solar and the customers
7  without solar.  So to do the analysis and keep it simple,
8  he classified a household into four types based on whether
9  or not they have central air conditioning and based on
10 whether or not they have rooftop solar panels or PVs.
11 What he has done is then he has taken the usage patterns
12 on the current tariff of how much they're paying and
13 compare that to what they should be paying based on the
14 cost of service study and he finds that households with no
15 air conditioning and no PVs are paying an extra $74.37 per
16 year and those with air conditioning and no PV are paying
17 an extra $70.78 per year.  These are the folks who are
18 paying more.

19      Then you have households with PVs.  Depending on
20 whether they have air conditioning, they are receiving a
21 subsidy, if you will, from the others of either $167.62,
22 those who do not have air conditioning, which are in the
23 minor because most of them do have air conditioning.  So
24 those if you have air conditioning and you have PV, you're
25 paying $199.23 less per year.  Now, that's on an annual

SRP-00010807

1  basis.

2          If you take all of the customers and you estimate
3  the wealth transfers that are going on, you have 979,000
4  customers with no PV and you have 261,000 customers with
5  PV, that will transfer to $70.3 million per year.  His
6  conclusion is that this largely is a problem due to the
7  current tariff being volumetric in nature and not having
8  any relationship for the cost structure of the grid.  The
9  advantage, of course, of these tariffs are very easy for
10  customers to understand, but they do deviate significantly
11  from the cost causation principle.

12          They lead to inefficiencies in resource
13  allocation and he points out that the load factor in the
14  state is declining rapidly because the solar customers are
15  not reducing the peak demand.  On the other hand, they're
16  reducing energy by significant amounts.  So the load
17  factor has dropped enormously.  His recommendation is the
18  introduction of demand charges which will restore equity
19  among customers and he's also recommending that a
20  Time-Of-Use rate be used for the energy charges.

21          Moving to Germany, Germany has 32.4 gigawatt
22  installed PV capacity, the largest in the globe, as you
23  all know, followed closely by Italy at 16.4 and China at
24  8.3.  Just focusing on Germany, the main economic
25  incentive for rooftop PV in Germany is not net energy

SRP-00010808

1  metering, it is the feed-in tariff which applies to all
2  power generated by the panels irrespective of whether a
3  power is consumed at home or exploited over the grid.
4  Some people call this gross feed-in tariff.  It's where
5  any kilowatt-hour that you are generating from the grid,
6  you get the feed-in tariff and that has, of course,
7  resulted in enormous price increases.

8        So over the 2000 and 2012 period, these are
9  authors whose papers I cite at the end, the German names,
10 they've estimated the solar cross-subsidy amount to 122.4
11 billion euros, that's billion within a "B", and/or that
12 period of 12 years.  This had started to come down as
13 they're scaling back on these tariffs, the incentives.
14 The annual peak in terms of the subsidy was reached in
15 2000 when it amounted to 30 billion euros.

16        In Spain, Spain also has a significant amount of
17 PVs, but the whole country has realized that it is not
18 going in the right direction.  It has been overly
19 subsidized and it's become very expensive for the
20 taxpayers.  It's politically very, very unpopular.
21 They're taking steps to significantly scale back the
22 subsidies, but in addition, they're changing the tariff by
23 raising the access charge and lowering the volumetric
24 charge.  They haven't introduced a demand charge at this
25 point, but they have raised the excess charge by a large

SRP-00010809

1  amount.

2        Some countries in Europe, as I mentioned the last
3  time, do have a demand charge like France and Italy and I
4  was recently informed Portugal has it, also.  What they're
5  also doing is creating regulations to prevent
6  self-consumption because there's a prospect that will
7  impose a grid backup toll which is to ensure that all
8  solar customers pay the full cost of the grid.  They are
9  also going to consider imposing fines if this happens.

10        So that's a quick review of the overseas
11  developments.  Let me talk about a state in the Midwest
12  much closer to home where the penetration of PV is still
13  very, very small, but they are concerned about creating a
14  situation where as we have seen elsewhere, net energy
15  metering will encourage customers to go down a certain
16  path and then it becomes very difficult to pull back or to
17  make changes.  What they're doing is while the numbers are
18  still very small, they are going to fix their rates and
19  what they will do for the customers who go on DG, they
20  will give them two options.  One option is a demand charge
21  with a fixed charge and a flat volumetric rate.  The other
22  option is just a high, very high flat charge compared to
23  what you will have if you're not a DG customer.

24        Those are the two choices they're going to
25  provide the DG customers and I believe testimony's going

SRP-00010810

1  to be filed next Monday and you will see the results come
2  out.  They're proposing either a three-part rate or a
3  two-part rate with a very high fixed charge going to
4  customers with DG.

5        All I'm doing is trying to make the point, this
6  is a national issue.  It's an international issue.  The
7  current rate design is not cost causation driven.  It's
8  creating massive cross-subsidies that are often hidden and
9  not made public, but the number of small people don't
10  worry about it, but at some point, it accumulates like you
11  see the numbers in Australia and Germany.

12        Delaying the decision obviously is an option and
13  many people have delayed the decision in Australia for
14  five years.  In Germany, they still have not changed the
15  rates.  They've delayed it you could say by 12 years.  So
16  there is that opportunity to delay, but, obviously, it
17  comes with its own cost and in my personal view based on
18  what I've seen in Australia and Germany, is that you
19  higher rates for all customers, but in addition, if you're
20  ultimately going to do a grandfathering approach, then you
21  expand a pool of customers who will have to be
22  grandfathered and then it becomes very expensive and very
23  difficult.

24        That's it for me.  Thank you.
25        MR. HOOPES:  Dr. Faruqui, let me ask you.  You

1  spoke about Germany and it is my understanding that over
2  the past couple of years, that Germany has had to increase
3  its coal generation.  Am I correct in that?
4          DR. FARUQUI:  That's my understanding as well as
5  some of it is coming from their having to buy it from
6  other regions, other countries.  They're having to import
7  power, a lot of which could be coal based.
8          MR. HOOPES:  Is there any connection between that
9  phenomenon and the issues that you describe with the
10 pricing structure?
11         DR. FARUQUI:  It's very difficult for me to say,
12 having not studied the problem in detail, but I'm trying
13 to find that out because it looks like Germany was in a
14 path of renewable energy.  It was in a path to lower
15 carbon emissions and also after Fukushima, to cut back on
16 nuclear.  So they're trying to do a lot of things at the
17 same time and that's what's creating I believe this
18 contradiction.
19         I actually have a visitor coming in from Germany
20 utility next week, RWE, hoping to ask him some more of
21 those questions.  It is a very confusing picture and I
22 believe that nobody's happy with what's happening there.
23         MR. HOOPES:  Thank you.
24         MR. ROUSSEAU:  Thanks, Dr. Faruqui.
25         DR. FARUQUI:  Thank you.

1        AUDIENCE MEMBER:  What Midwestern state was it?
2        DR. FARUQUI:  I have a non-disclosure agreement.
3  I cannot disclose it, but as I said, it will be revealed
4  on Monday.

5        MR. ROUSSEAU:  Thanks.

6        DR. CHAMBERLIN:  Good afternoon.  I had just one
7  issue that I want to talk about and that's whether there
8  is adequate information for you to make a decision,
9  whatever that decision should be.  I just have a few
10 points to make about that.

11       I think there's a comment earlier today that the
12 cost of service information was insufficient and, in fact,
13 that the person who made the comment said that he would be
14 surprised if I had made a request to see any of that cost
15 of service information before last December.  So I just
16 want to remind you that in the last price process, which
17 was 2012, there were issues raised about the cost of
18 service study.  I raised some of them.  There were other
19 parties that raised some of them.  What we decided to do
20 is have a separate out-of-the-price process review of the
21 cost of service study, all of the allocators, all of the
22 issues that had been raised in the price process.  We did
23 that.  That commenced I think in June of 2013.  We did
24 that review.

25       I made a presentation to you with the results of

SRP-00010813

1  that review, I think that was in January of 2014, and then
2  when this price process was -- when the early analysis
3  that was going to feed into this price process commenced,
4  it commenced with the new cost of service work that was
5  done, I think it was May or June of this year, and we
6  started to get those results and review the cost of
7  service study in a significant way.  I think it was in
8  June of this year through the September, early October
9  period.  So there was a pretty substantial period of time
10  with the separate out-of-the-price process review of the
11  cost of service study.

12        Secondly, the review of the price plans that we
13  performed was comparable, if not in more depth than the
14  review of price plans that we have done in the previous
15  price processes dating back to 2003.  I think clearly,
16  Management has presented comparable or greater information
17  than in previous price processes and our review was
18  comparable or in more depth in those as well.

19        I had presented the status of our work to you.  I
20  think this forum today I think is the ninth time since we
21  commenced this work.  Some of that involved a status of
22  options that might be available to protect -- to address
23  particular issues and others was sort of status reviews of
24  where we were in our work.

25        Lastly, with respect to the E-27 proposal, it is

1  to -- that's really kind of why you would or wouldn't

2  distinguish within this population.

3          Any other --

4          MR. ROUSSEAU:  He's calling for the question.  Is

5  there a second to call for the question?

6          MR. WOODS:  Second.

7          MR. ROUSSEAU:  Second.  Any discussion on calling

8  for the question?  If not, all in favor of calling for the

9  question -- we're just calling for the question, which

10  means we would then go to vote and then we'd be happy to

11  have you clarify.

12          So all in favor of calling for the question and

13  ending the debate on this topic, raise your right hand,

14  please.

15          (Hands raised.)

16          MR. ROUSSEAU:  All opposed to calling for the

17  question, raise your right hand.

18          (Hands raised.)

19          MR. ROUSSEAU:  Okay.  We'll call for the

20  question.

21          Now, you were going to clarify what the question

22  is?

23          MR. HULL:  One more time to make sure I know how

24  to modify the resolution.  I understand I believe that

25  that right now would be the longer of 10 years from April

1   1st, 2015 or 20 years after the date of installation
2   applies to al Categories A through D, parties with the
3   grandfathering would run with the property and while
4   grandfathered, those customers would continue to be
5   eligible for the residential price plans and for those who
6   met the December 8th date that haven't yet installed their
7   unit, they would have one year from today to maintain
8   their eligibility for the grandfathering?
9              MR. ROUSSEAU:  Arthur, can you use this?
10             MR. FREEMAN:  What's the last date then that
11  this -- that we're voting on?
12             MR. HULL:  For the last comment that I was making
13  was that those who had not yet installed their unit but
14  did apply or have a contract by December 8th, we will give
15  them one year from today to have their unit
16  interconnected.
17             MR. FREEMAN:  If they install it one year from
18  now, when is their grandfathering?
19             MR. HULL:  It would be the longer of 10 years
20  from April 2015.  So that still is a defined date or
21  practically 20 years from the date of installation, so 21
22  years from now.
23             MR. ROUSSEAU:  Fred, does that meet your motion?
24             MR. ASH:  Yes.
25             MR. ROUSSEAU:  Thanks.  I guess we're voting.  So

1  all in favor of that motion as stated, please raise your
2  right hand.
3          (Hands raised.)
4          MR. ROUSSEAU:  All opposed.
5          (Hands raised.)
6          MR. ROUSSEAU:  Motion passes.
7          Again, it's been said around this table up here
8  by my colleagues that we appreciate the process.  We
9  appreciate your participation in the process.  We know
10  it's not an easy one and I think we're looking forward to
11  staying attune to what is the impact of this action and,
12  again, thank you very much for your participation and,
13  Management, thanks for your efforts.  Our consultants, we
14  appreciate you all making an effort to be here with us and
15  your help and guidance.  If there's no other business to
16  come before us, we're adjourn.  Thanks.
17          (Whereupon, the proceedings concluded at 4:22
18  p.m.)
19
20
21
22
23
24
25

1   STATE OF ARIZONA.   )
                         )  SS.
2   COUNTY OF MARICOPA )

3

4        BE IT KNOWN that the foregoing proceedings were

5   taken before me, JENNIFER SMITH, RPR, a Certified Court

6   Reporter, Certificate #50180, for the State of Arizona;

7   that all proceedings were taken down by me in shorthand

8   and thereafter reduced to print by computer-aided

9   transcription under my direction; that the foregoing 216

10  pages are a full, true and accurate transcript of all

11  proceedings, all done to the best of my skill and ability.

12       I FURTHER CERTIFY that I am in no way related to nor

13  employed by any of the parties hereto nor am I in any way

14  interested in the outcome hereof.

15       DATED at Phoenix, Arizona, this 5th day of March,

16  2015.

17       _____
                    JENNIFER SMITH, RPR, CCR
18                  Certified Court Reporter #50180

19

20

21

22

23

24

25

GARCIA REPORTING SERVICES - (520) 884-4365