# Proposed Adjustments To
# SRP's Standard Electric Price Plans
# Effective With The
# April 2015 Billing Cycle

## Management Revised Proposals and Response

February 26, 2014

SRP-00010383

# Management's December 12ᵗʰ Proposal

- Overall average 3.9% price increase ($109.7 M)
  - 4.4% base price increase
  - 0.5% Environmental Programs Cost Adjustment Factor *decrease* (EPCAF)
  - No material change to Fuel & Purchased Power Adjustment Mechanism (FPPAM)



SRP-00010384

# Proposed Price Increases
## Effective April 2015 Billing Cycle



SRP-00010385

# E-27 Design

| | MSC | | | On-Peak Demand ($/kW) | | | Energy ($/kWh) | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Amp Svc. 0-200 | Amp Svc. 201+ | Season | First 3 kW | Next 7 kW | All Add'l kW | On-Peak | Off-Peak |
| **E-27 Proposed (Bluebook)** 15 min On-Pk Demand | $32.44 | $45.44 | Summer Peak | $8.10 | $15.05 | $28.93 | $0.0633 | $0.0423 |
| | | | Summer | $6.61 | $12.07 | $22.98 | $0.0486 | $0.0371 |
| | | | Winter | $2.87 | $4.57 | $7.91 | $0.0430 | $0.0390 |

SRP-00010386

# Management's Revised Proposal

SRP-00010387

# Management's Revised Proposal

- Approve 3.9% General Price Increase as presented in management's December 12th proposals.

  - 4.4% base price increase

  - 0.5% Environmental Programs Cost Adjustment Factor decrease (EPCAF)

  - No material change to Fuel & Purchased Power Adjustment Mechanism (FPPAM)

  **With the following Modification:**

  - 30-minute on-peak E-27 design

February 26, 2015, Special Board Meeting, A.J. McSheffrey/M.B. Bonsall                                                                      5

SRP-00010388

# E-27 Design

| | MSC | | | On-Peak Demand ($/kW) | | | Energy ($/kWh) | |
|---|---|---|---|---|---|---|---|---|
| | Amp Svc. 0-200 | Amp Svc. 201+ | Season | First 3 kW | Next 7 kW | All Add'l kW | On-Peak | Off-Peak |
| **E-27 Alternate** 30 min On-Pk Demand | $32.44 | $45.44 | Summer Peak | $9.59 | $17.82 | $34.19 | $0.0633 | $0.0423 |
| | | | Summer | $8.03 | $14.63 | $27.77 | $0.0486 | $0.0371 |
| | | | Winter | $3.55 | $5.68 | $9.74 | $0.0430 | $0.0390 |

SRP-00010389

# In Response to Input-

- Summer 2015 Phase-in of Monthly Service Charge for Residential. Comparable changes for other classes.

SRP-00010390

# Management's Revised Proposal
## Summer 2015 (May-Oct) Phase-in

- Residential (E-20s): Implement $18.50 monthly service charge for Summer 2015 and Summer Peak 2015

- Residential Monthly Service Charge

| | Current | Summer 2015 (May-Oct) | Winter | Summer 2016 and beyond |
|---|---|---|---|---|
| Monthly Service Charge | $17.00 | $18.50 | $20.00 | $20.00 |

SRP-00010391

# Management's Revised Proposal
## Summer 2015 (May – Oct) Phase-in
## Typical Customer Impact

- Monthly Impacts will vary by season
- Individual impacts will vary depending on energy usage pattern

| Typical Customer by Price Plan | Average Monthly kWh Usage | Average Monthly Increase First Year | Average Monthly Increase Full Implementation |
|---|---|---|---|
| Basic (E-23) | 1,110 | $3.86 | $4.61 |
| Percentage Increase | | 3.0% | 3.6% |

SRP-00010392

# Management's Revised Proposal
# Summer 2015 (May-Oct) Phase-in

- General Svc (E-30s), Pumping (E-40s) and Large General Svc (E-60s):
  - Comparable to changes for Residential (E-20s)
  - Phase-in Demand Charges
  - Proposed changes in the documents provided

- Total for all customer classes is a $15.7M reduction to test year revenue
  - $109.7M increase → $94M increase

SRP-00010393

# Management's Revised Proposal

**First Year Impact w/Summer Phase-in**



**Full Year Impact November 2015 – October 2016**



SRP-00010394

# Management's Revised Proposal
# Other Recommendations

- Commit to a review of allocation methods with a broad stakeholder group
- Develop E-27 pilot program for 5,000 non-DG customers
  - Target a representative sample of SRP's customers as a whole
- Management will return with "EZ-3" design thoughts in about a year

SRP-00010395

# Grandfathering Proposal

SRP-00010396

# Management Proposal

- Approve the following grandfathering proposal:
  - Longer of 10 years from April 1, 2015 or 20 years from date of installation for Category A
  - 10 years from April 1, 2015 for Categories B, C, D
  - No limitation on transfers – grandfathering would transfer with the property

SRP-00010397

# Residential Solar Customers

| | Type | # of Customers |
|---|---|---|
| **Category A:** | REC agreement with customers (customers who own their systems) | 4,304 |
| **Category B:** | REC agreement with vendors (leased systems) | 7,310 |
| **Category C:** | No REC agreement (Pre Announcement) | 1,766 |
| **Category D:** | No REC agreement (Post Announcement) | 2,063 |

SRP-00010398

# Grandfathering Proposal Estimated Cost Shift

| | Type | Cost Shift |
|---|---|---|
| **Category A:** | REC agreement with customers | $36M |
| **Category B:** | REC agreement with vendors | $43M |
| **Category C:** | No REC agreement (Pre Announcement) | $10M |
| **Category D:** | No REC agreement (Post Announcement) | $12M |
| | | $101M |

These are estimates only.  They can and will change as prices may be changed by SRP's Board over time.

SRP-00010399

# **Another Option**

- The average grandfathering term for category A is 16 years
- If we extend grandfathering for categories B, C & D to 16 years the cost shift increases by $41 million to $142 million
  - Category B $26 million
  - Category C $7 million
  - Category D $8 million

SRP-00010400

# Management Responses

SRP-00010401

# Monthly Service Charge Revenue vs. Cost



SRP-00010402

# Helping Residential Solar Customers Reduce Demand

- SRP strategy to support customers:
  - Inform customers of *technologies* (load control devices; efficiency programs)
  - Educate customers on *behaviors* (load management educational campaign; understanding price signals)
  - Notify customers of *data sources* (daily load and energy use on *MyAccount*; evaluate peak load notification service

SRP-00010403

# Interruptible Programs

- AECC and CMC Arizona support the continuation of SRP's interruptible programs
  - SRP has reached agreement with some customers under the current interruptible program, but not all
- Management will continue to offer Instantaneous and 10-minute interruptible programs
  - Valuation of programs is appropriate for the economic and capacity benefits realized by SRP

SRP-00010404

# Status of Advanced Inverter/Demand Management/Load Controller Pilot

- SRP has been unable to reach agreement with local installers, thus far, on their participation in the pilot
- SRP will continue to work with EPRI to move the project forward

SRP-00010405

# Combined Net Revenues FY2016

| ($ Millions) | Zero Price Increase | 3.9% Price Increase |
|---|---|---|
| **Total Operating Revenues** | **$3,200** | **$3,309** |
| Operating Expenses | | |
| Purchased Power/Fuel/Water for Power | $1,252 | $1,252 |
| Operating Expenses & Maintenance | $1,112 | $1,112 |
| Depreciation and Amortization | $535 | $535 |
| Taxes and Tax Equivalents | $167 | $167 |
| **Total Operating Expenses** | **$3,066** | **$3,066** |
| Net Operating Revenues | $134 | $243 |
| Plus Other Income | $5 | $5 |
| Less Net Financing Costs | $185 | $182 |
| **Combined Net Revenue** | **($46)** | **$66** |

SRP-00010406

# Management's Pricing Recommendation

- Approve 3.9% General Price Increase
- Summer 2015 Phase-in
- 30-minute on-peak E-27 design
- Review of allocation methods with stakeholders
- E-27 pilot program for 5,000 non-DG customers
- Return with "EZ-3" design thoughts in about a year

SRP-00010407

# Management's Grandfathering Recommendation

- Longer of 10 years from April 1, 2015 or 20 years from date of installation for Category A

- 10 years from April 1, 2015 for Categories B, C, D

- No limitation on transfers – grandfathering would transfer with the property

SRP-00010408