WILMER CUTLER PICKERING
 HALE AND DORR LLP
Molly S. Boast (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
molly.boast@wilmerhale.com

Christopher E. Babbitt (*pro hac vice*)
David Gringer (*pro hac vice*)
David L. Sluis (*pro hac vice*)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
christopher.babbitt@wilmerhale.com

Christopher T. Casamassima (*pro hac vice*)
Rebecca A. Girolamo (*pro hac vice*)
350 South Grand Ave.
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
chris.casamassima@wilmerhale.com

STEPTOE & JOHNSON LLP
Paul K. Charlton (012449)
Karl M. Tilleman (013435)
Quintin Howard Cushner (027303)
201 East Washington Street, Suite 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile: (602) 257-5299
pcharlton@steptoe.com
ktilleman@steptoe.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| SolarCity Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>          Defendant. | Case No. 2:15-CV-00374-DLR<br><br>**NOTICE OF ERRATA RE: DEFENDANT SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [Dkt. 210 and 229]** |

Defendant hereby gives notice of errata concerning Salt River Project Agricultural Improvement and Power District's Motion For Summary Judgment and Memorandum of Points and Authorities in Support Thereof.  Defendant's motion contains inadvertent errors

in its cross-references to the Defendant's separate Statement of Facts.  These errors are identified below.

| Page:Line | Currently Reads | Should Read |
|---|---|---|
| 5:4 | SOF_¶ 16 at -606 to -607 | SOF ¶ 16 |
| 5:6 | *See id.* | SOF ¶ 17 |
| 6:20 | SOF ¶ 19 at -607 | SOF ¶ 19 |
| 6:25 | SOF ¶ 24 at -617, -619 | SOF ¶ 24 |
| 7:1 | SOF ¶ 25 at 7 | SOF ¶ 25 |
| 8:15 | SOF ¶ 29 | SOF ¶¶ 29-30 |
| 10:1 | SOF ¶ 45 | Ex. 58 at 12 |
| 13:13 | *Id.* | SOF ¶ 49 |
| 14:16 | SOF ¶ 55 at -766 to -767 | SOF ¶ 55 |
| 15:6 | *See* Ex. 13 at 154:3-12 | SOF ¶ 22 |
| 15:8 | SOF ¶ 19 at -607 | SOF ¶¶ 19-20 |
| 16:3-4 | SOF ¶ 22 at 153:19-154:12 | SOF ¶ 22 |
| 16:11 | Ex. 13 at 154:3-12 | SOF ¶ 22 |
| 18:20 | Dkt. 39 at ¶10 | SOF ¶ 58 |
| 29:26 | Pl.'s Resp. & Objs. to Def.'s Interrog. No. 4. | SOF ¶ 64 |

Attached to this Notice is a corrected redacted version of the Defendant's motion and memorandum.  A corrected sealed version of the Defendant's motion and memorandum will be filed as a sealed lodged proposed attachment to this notice.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 16, 2016 | Respectfully Submitted, |
| 3 | | |
| 4 | | WILMER CUTLER PICKERING HALE & DORR LLP |
| 5 | | |
| 6 | | By: s/ *Christopher E. Babbitt* |
| 7 | | Christopher E. Babbitt |
| 8 | | *Attorney for Defendant* Salt River Project Agricultural Improvement and Power District |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Richard J. Pocker

5301 Wisconsin Avenue, NW
Washington, DC 20015
William A. Isaacson
Karen L. Dunn
James P. Denvir, III
Amy J. Mauser
Christopher G. Renner
Ross McSweeney

1999 Harrison Street, Suite 900
Oakland, CA 94612
Steven C. Holtzman
Sean P. Rodriguez

401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Shira Rebecca Anne Liu

SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
John F. Cove, Jr.

COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Keith Beauchamp
Roopali H. Desai

/s/*Christopher E. Babbitt*
Christopher E. Babbitt