**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Richard J. Pocker

5301 Wisconsin Avenue, NW
Washington, DC 20015
William A. Isaacson
Karen L. Dunn
James P. Denvir, III
Amy J. Mauser
Christopher G. Renner
Ross McSweeney

1999 Harrison Street, Suite 900
Oakland, CA 94612
Steven C. Holtzman
Sean P. Rodriguez

401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Shira Rebecca Anne Liu

SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
John F. Cove, Jr.

COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Keith Beauchamp
Roopali H. Desai

/s/*Christopher T. Casamassima*_____