# EXHIBIT 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

SolarCity Corporation,            )
                                  )
     Plaintiff,                   )
                                  )
vs.                               )  No. 2:15-CV-00374-DLR
                                  )
Salt River Project Agricultural   )
Improvement and Power District,   )
                                  )
     Defendant.                   )
_____)

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

VIDEOTAPED DEPOSITION OF DEAN DUNCAN

Phoenix, Arizona

April 18, 2016

Prepared by:
Meri Coash, RMR, CRR
Certified Reporter
Certification No. 50327

Case 2:15-cv-00374-DLR   Document 243-1   Filed 09/30/16   Page 3 of 11

SolarCity vs. SRP Agricultural Imprv. & Power Dist   Highly Confidential   Dean Duncan
2:15-CV-00374-DLR   For Attorneys' Eyes Only   April 18, 2016

Page 2

I N D E X

| WITNESS | | PAGE |
|---|---|---|
| DEAN DUNCAN | | |
| Examination By Mr. Rodriguez | | 8 |

EXHIBITS MARKED

| EXHIBITS | DESCRIPTION | PAGE |
|---|---|---|
| Plaintiff Exhibit 90 | Business model research, Emerging Customer Programs, SRP-AZ-00294597, Highly Confidential - AEO | 22 |
| Plaintiff Exhibit 91 | Executive Price Process Coordinating Committee, Kick-Off Meeting, August 7, 2014, SRP-AZ-00158500, Highly Confidential - AEO | 22 |
| Plaintiff Exhibit 92 | Email chain, SRP-AZ-00334175 - 334176, Highly Confidential - AEO | 31 |
| Plaintiff Exhibit 93 | Battery Storage Update, Power Committee, July 16, 2015, SRP-AZ-00489935 - 489936, Highly Confidential - AEO | 41 |
| Plaintiff Exhibit 94 | Situation Analysis, Renee Eastman, SRP, May 8, 2014, SRP-AZ-00418899 - 418900, Highly Confidential - AEO | 51 |
| Plaintiff Exhibit 95 | Email chain with attachment, Electricity Market Share, SRP-AZ-00417386 - 417389, Highly Confidential - AEO | 66 |

Page 3

| Plaintiff Exhibit 96 | Email chain, SRP-AZ-00120992, Highly Confidential - AEO | 72 |
|---|---|---|
| Plaintiff Exhibit 97 | Empowering Customers with Choices, SRP Cohort, June 5, 2014, SRP-AZ-00509357 - 509358, Highly Confidential - AEO | 76 |
| Plaintiff Exhibit 98 | 2016 Spring Energy Symposium Program Guide | 80 |
| Plaintiff Exhibit 99 | FP16 Load Forecast, General Manager's Staff Meeting, Brian Cary, Forecasting, Archives and Research, October 14, 2014, SRP-AZ-00416839 - 416840, Highly Confidential - AEO | 87 |
| Plaintiff Exhibit 100 | Preliminary FY17 Load Forecast, GM Staff, September 8, 2015, SRP-AZ-00509355 - 509356, Highly Confidential - AEO | 93 |
| Plaintiff Exhibit 101 | Solar Pricing, Setting a Rational Solar Price, SRP-AZ-00354541 - 354664, Highly Confidential - AEO | 99 |
| Plaintiff Exhibit 102 | Email chain, SRP-AZ-00123137 - 123139, Confidential | 103 |
| Plaintiff Exhibit 103 | Email chain, SRP-AZ-00021907 - 21908, Highly Confidential - AEO | 113 |
| Plaintiff Exhibit 104 | Solar and 4-Hour Price Plan Modeling, SRP-AZ-00489640 - 489641, Highly Confidential - AEO | 115 |
| Plaintiff Exhibit 105 | Email chain, SRP-AZ-00010280 - 10284, Highly Confidential - AEO | 135 |
| Plaintiff Exhibit 106 | Email chain, SRP-AZ-00421432 - 421433, Confidential | 140 |

Page 4

| Plaintiff Exhibit 107 | Email chain, SRP-AZ-00421314 - 421318, Highly Confidential - AEO | 142 |
|---|---|---|
| Plaintiff Exhibit 108 | Email chain, SRP-AZ-00029101, Highly Confidential - AEO | 145 |
| Plaintiff Exhibit 109 | Email chain with attachment, SRP-AZ-00254829 - 4839, Highly Confidential - AEO | 149 |
| Plaintiff Exhibit 110 | Solar Strategy Team, Meeting Agenda 2/7/2013, SRP-AZ-00129558, Confidential | 156 |
| Plaintiff Exhibit 111 | Email chain, SRP-AZ-00509711 - 509714, Confidential | 157 |
| Plaintiff Exhibit 112 | Email chain, SRP-AZ-00510698 - 510701, Confidential | 164 |
| Plaintiff Exhibit 113 | Email chain, SRP-AZ-00509898 - 509905, Confidential | 168 |
| Plaintiff Exhibit 114 | Email chain, SRP-AZ-00194323 - 194324, Confidential | 171 |
| Plaintiff Exhibit 115 | SRP Drive Electric | 174 |
| Plaintiff Exhibit 116 | Strategic Choices Workshop Deliverables, SRP-AZ-00420936 - 937, Highly Confidential - AEO | 182 |
| Plaintiff Exhibit 117 | Background Information for Understanding the Complex History and Interwoven Relationships Affecting SRP Governance, SCTY00080664 - 80691 | 185 |

Page 5

| Plaintiff Exhibit 118 | Review of Issues re: Electric Customers residing outside SRRD, Michael J. McGinnis, November 10, 2011, SRP-AZ-00420154, Highly Confidential - AEO | 187 |
|---|---|---|
| Plaintiff Exhibit 119 | Overview of Current Governance Structure, SRP-AZ-00529241 - 529265, Confidential | 188 |
| Plaintiff Exhibit 120 | Informational Presentation on Projected SRP Growth: 2014 versus 2011, SRP-AZ-00509790, Highly Confidential - AEO | 188 |

PREVIOUSLY MARKED EXHIBITS

Plaintiff's Exhibit 59     Page 102

Page 6

1      VIDEOTAPED DEPOSITION OF DEAN DUNCAN
2  was taken on April 18, 2016, commencing at 9:04 a.m. at
3  the law offices of Coppersmith Brockelman, PLC, 2800 North
4  Central Avenue, Suite 1200, Phoenix, Arizona, before Meri
5  Coash, a Certified Reporter in the State of Arizona.
6
7
8                         *   *   *
9  APPEARANCES:
10       For the Plaintiff:
              BOIES, SCHILLER & FLEXNER, LLP
11       By:  Sean Phillips Rodriguez, Esq.
              Nina Eisenberg, Esq.
12            (Pro hac vice)
              1999 Harrison Street
13            Suite 900
              Oakland, California  94612
14            510-874-1000
              srodriguez@bsfllp.com
15            neisenberg@bsfllp.com
16       For the Defendant:
              WILMERHALE, LLP
17       By:  Christopher E. Babbitt, Esq. (Pro hac vice)
              1875 Pennsylvania Avenue, NW
18            Washington, DC  20006
              202-663-6000
19            christopher.babbitt@wilmerhale.com
20       Also present:  Kathleen A. Heth, Esq.; and Silas
           Kyler, videographer
21
22
23
24
25

09:04:04-09:05:28                                            Page 7

1      TRANSCRIPT OF PROCEEDINGS
2      THE VIDEOGRAPHER: We are on the record.
3  The time on the video monitor is 9:04.  Here begins
4  volume 1, video number one in the deposition of Dean
5  Duncan in the matter of SolarCity Corp. versus Solar --
6  Salt River Project Agricultural Improvement and Power
7  District, in the United States District Court for the
8  District of Arizona, Case Number 2:15-CV-00374-DLR.
9      Today's date is April 18, 2016.  Our court
10 reporter is Meri Coash.  My name is Silas Kyler, certified
11 videographer representing Coash & Coash.  This video
12 deposition is taking place at 2800 North Central Avenue,
13 Suite 1200, Phoenix, Arizona.
14     Counsel, please identify yourselves and
15 state whom you represent.
16     MR. RODRIGUEZ: Sean Rodriguez, Boies,
17 Schiller & Flexner, for Plaintiff SolarCity Corporation.
18     MS. EISENBERG: Nina Eisenberg, counsel for
19 SolarCity Corporation, from Boies, Schiller & Flexner.
20     MR. BABBITT: Christopher Babbitt from
21 WilmerHale for SRP.
22     MS. HETH: Kathleen Heth from SRP.
23     THE VIDEOGRAPHER: Would the court reporter
24 please swear in the witness.
25

09:05:37-09:06:12                                            Page 8

1      DEAN DUNCAN,
2  the witness herein, having been first duly sworn by the
3  Certified Reporter, was examined and testified as follows:
4
5             EXAMINATION
6  BY MR. RODRIGUEZ:
7  Q.  Good morning, Mr. Duncan.
8  A.  Good morning.
9  Q.  Have you ever been deposed before?
10 A.  I have not.
11 Q.  Have you ever given testimony in a non-deposition
12    setting?
13 A.  No.
14 Q.  Is there any reason why you would be unable to
15    give accurate testimony today?
16 A.  No.
17 Q.  Other than the fact that a deposition is a new
18    experience for you, is there any reason why your memory
19    might be less sharp than usual today?
20 A.  No.
21 Q.  Do you hold an undergraduate degree?
22 A.  I do.
23 Q.  What in?
24 A.  Finance.
25 Q.  Is that your major?

09:06:13-09:07:13                                            Page 9

1  A.  Correct.
2  Q.  Do you have a minor?
3  A.  No.
4  Q.  Do you have a postgraduate degree?
5  A.  I do.
6  Q.  What is your postgraduate degree in?
7  A.  An MBA.
8  Q.  Okay.  Do you have any other postgraduate
9     degrees?
10 A.  No.
11 Q.  Any other postgraduate training?
12 A.  No.
13 Q.  How long have you worked at SRP?
14 A.  26 and a half years.
15 Q.  In approximately 2005, what was your position at
16    SRP?
17 A.  I was manager of financial planning.
18 Q.  What was the next position you held after manager
19    of financial planning?
20 A.  I became treasurer.
21 Q.  When was that?
22 A.  Approximately 2010.
23 Q.  What was your next position after being
24    treasurer?
25 A.  Senior director of strategy.

Case 2:15-cv-00374-DLR   Document 243-1   Filed 09/30/16   Page 5 of 11

SolarCity vs. SRP Agricultural Imprv. & Power Dist
2:15-CV-00374-DLR
Highly Confidential
For Attorneys' Eyes Only
Dean Duncan
April 18, 2016

### 09:07:17-09:08:59 — Page 10

1  Q.  When did that change occur?
2  A.  That change occurred February 2014.
3  Q.  Is that the position you hold today?
4  A.  Correct. Yes.
5  Q.  Who is treasurer today?
6  A.  Steve Hulet.
7  Q.  Was there a reorganization in SRP approximately
8   last month?
9  A.  Yes.
10 Q.  Did that reorganization affect you at all?
11 A.  Yes. Not significantly. John Sullivan retired
12  and my boss now reports to Mike Hummel.
13 Q.  To whom do you report?
14 A.  Charlie Duckworth.
15 Q.  Who reports to you?
16 A.  I have three groups -- four groups. I have
17  strategy, load forecasting, which includes load research,
18  and archives.
19 Q.  What do you do in your role as director -- senior
20  director of strategic planning?
21 A.  Primarily as leading the development of corporate
22  strategy. Also working with my load forecasting staff to
23  produce load forecast.
24 Q.  Is there any work that you do in your capacity as
25  someone involved in load forecasting that's distinct from

### 09:09:03-09:10:19 — Page 11

1   the strategy work you do that overlaps with forecasting?
2       MR. BABBITT: Object to form.
3       You can go ahead and answer.
4       THE WITNESS: I'm sorry. Can you repeat the
5   question? Or clarify?
6       BY MR. RODRIGUEZ:
7  Q.  Yeah. Is there any work you do in your
8   capacity -- Let me start again.
9       Is there any work you do in your role -- in
10  your load forecasting role that is distinct from the load
11  forecasting work you just described?
12      MR. BABBITT: Same objection.
13      But you can answer.
14      THE WITNESS: I'm sorry. I'm still not
15  quite understanding the -- the question.
16      BY MR. RODRIGUEZ:
17 Q.  Well, you were just discussing your role in
18  strategic planning, correct?
19 A.  Correct.
20 Q.  Okay. And in connection with your role in
21  strategic planning, you mentioned that you work with the
22  load forecasting team, correct?
23 A.  Uh-huh.
24 Q.  Okay. Other than that strategic planning work
25  that is connected with load forecasting, is there any

### 09:10:22-09:12:32 — Page 12

1   other work you do with the load forecasting team?
2  A.  The load forecasting team does analyses on
3   customer usage, and so they provide support to the load
4   forecast product, but it's primarily the load forecast
5   product that they produce.
6  Q.  What is the load forecast product?
7  A.  It's the annual forecast for kilowatt-hours and
8   kilowatts that we produce.
9  Q.  And how is that load forecast product used by
10  SRP?
11 A.  The -- it's used in the planning process,
12  primarily calculate forecasted revenue.
13 Q.  What do you do in your role involving the SRP
14  archives?
15 A.  That -- that department is responsible for
16  recording SRP's history, of course. My role with them is
17  modest guidance when questions come up.
18 Q.  Is there a team of people who work for you in
19  connection with the archives?
20 A.  Yes.
21 Q.  Who's on that team?
22 A.  Lee Harrison, Evan Medley, and Chelsea -- I'm
23  sorry. I blocked her. She just got married. I'm sorry.
24 Q.  How are the archives organized?
25 A.  I'm not -- Can you clarify?

### 09:12:38-09:14:12 — Page 13

1  Q.  Does SRP have a distinct set of files known as
2   the archives?
3  A.  Yes.
4  Q.  In what format are those files kept?
5  A.  Can you clarify "format"?
6  Q.  We can start with hard copy versus electronic.
7  A.  We have both.
8  Q.  How are the hard copy archives organized?
9  A.  In a single room, filing cabinets.
10 Q.  Do those filing cabinets have any sort of topical
11  organization?
12 A.  Not that I recall.
13 Q.  Do they have any other organizing principle?
14 A.  Not that I'm aware of.
15 Q.  Are the archives cataloged?
16 A.  Yes.
17 Q.  Turning to the electronic archives, are they
18  stored on a file server?
19 A.  I'm not sure.
20 Q.  What do you know about the manner in which the
21  electronic archives are stored?
22 A.  I do know that we store them electronically.
23 Q.  Do you know whether the electronic archives are
24  searchable?
25 A.  I'm not -- Yes. Yes, they are.

Case 2:15-cv-00374-DLR   Document 243-1   Filed 09/30/16   Page 6 of 11

SolarCity vs. SRP Agricultural Imprv. & Power Dist
2:15-CV-00374-DLR
Highly Confidential
For Attorneys' Eyes Only
Dean Duncan
April 18, 2016

10:43:01-10:45:10 — Page 46

1   approving this presentation before you presented it?
2  A.  No.
3  Q.  Who did?
4  A.  To my knowledge, Charlie did.
5  Q.  Did you review and approve drafts of this
6   presentation before they went to Charlie?
7  A.  Earlier drafts -- early drafts, yes.
8  Q.  And the Charlie you're referring to is Charlie
9   Duckworth, right?
10  A.  Correct.

24  Q.  Can we agree that when I refer to speaker notes,
25   I'm speaking about the text underneath the slide?

10:45:13-10:47:17 — Page 47

1  A.  Yes.



10:47:20-10:50:19 — Page 48

10:50:31-10:52:43 — Page 49



---

11:27:23-11:31:14                                                                     Page 66

it.
BY MR. RODRIGUEZ:
Q. Do you have an understanding based on your experience studying the solar industry?
A. I believe that a -- a lower bill is largely what they perceive solar to be.
Q. What kind of bill are you referring to when you say "a lower bill"?
A. Their -- their power bill.
Q. Such as their power bill from SRP?
A. Yes. Or any utility, of course.
   MR. RODRIGUEZ: Let's mark the next exhibit, please. I believe we're on 95.
   (Deposition Plaintiff Exhibit 95 was marked for identification.)
   BY MR. RODRIGUEZ:
Q. Exhibit 95 is an email and associated attachment. The email begins at SRP-AZ-00417386. Mr. Duncan, do you recognize the materials that have been marked as Exhibit 95?
A. Yes.
Q. What are the materials that have been marked as Exhibit 95?
A. They are an analysis of energy sales and distributed generation.

---

11:31:19-11:33:07                                                                     Page 67

Q. I would like to draw your attention to the graph with the heading "Electricity Market Share." Do you see that graph?
A. There are a few of them here.
Q. Well, let's start with the first. I believe the Y axis is labeled "Share of Service Territory Customer Energy Needs." [Quoted as read.] Do you see that graph?
A. I do.
   MR. BABBITT: Are we looking at the same one? Mine says "Power Needs." Is that the same --
   MS. EISENBERG: I think it's page 3.
   MR. BABBITT: 3? Okay.
   MR. RODRIGUEZ: Yes, I believe we are looking at the same one.
   MR. BABBITT: Thanks.
   BY MR. RODRIGUEZ:
Q. Mr. Duncan, what is this graph conveying?
A. It's conveying over time, through 2015, how much energy is coming from SRP's system, how much is coming from distributed generation resources.
Q. Okay. Do you know who created this graph?
A. I recall that it was Michael Reynolds.
Q. Mr. Reynolds is an SRP employee, correct?
A. Correct.
Q. He was an employee at the time he created this

---

11:33:10-11:34:50                                                                     Page 68

graph, correct?
A. Correct.
Q. What is the market that the heading of this graph references?
A. This would be SRP's, as the axis says, service territory.
Q. So the market is the share of customer energy needs supplied by both SRP and distributed generation within SRP's service territory, correct?
   MR. BABBITT: Object to form, foundation.
   You can answer.
   THE WITNESS: Sorry. Can you just reread that, please? Or . . .
   (The record was read by the court reporter as follows:
   QUESTION: So the market is the share of customer energy needs supplied by both SRP and distributed generation within SRP's service territory, correct?)
   THE WITNESS: I believe that's correct, yes.
   BY MR. RODRIGUEZ:
Q. So this graph views distributed generation and SRP's sales as in the same market, correct?
   MR. BABBITT: Object to form, foundation.
   THE WITNESS: This graph uses a common

---

11:35:01-11:36:48                                                                     Page 69

terminology to describe how much energy comes to customers from SRP resources versus distributed resources.
   BY MR. RODRIGUEZ:
Q. When you say "common terminology," do you mean common within SRP?
A. No. Common in -- in sort of marketing vernacular, market share, much more generic sense.
Q. In a lay sense, correct?
   MR. BABBITT: Object to form.
   THE WITNESS: Yes, in layman terms.
   BY MR. RODRIGUEZ:
Q. So a lay SRP customer might commonly refer to an electricity market as including distributed generation and utility energy sales. Is that right?
   MR. BABBITT: Object to form and foundation.
   THE WITNESS: I can't say whether a lay customer would view energy sales in the same way.
   BY MR. RODRIGUEZ:
Q. But your testimony is that that's a common term that laypeople might use to convey the concept illustrated on this page?
   MR. BABBITT: Same objections.
   THE WITNESS: No. So I'll clarify, then. It's a common term among marketing groups, marketing departments, within its common business language.

---

| 11:36:53-11:39:13 Page 70 | 11:41:24-11:44:00 Page 72 |
|---|---|
| [redacted] | 1  MR. RODRIGUEZ: Let's mark Exhibit 96.<br>2  (Deposition Plaintiff Exhibit 96 was marked<br>3  for identification.)<br>4  BY MR. RODRIGUEZ:<br>5 Q.  Exhibit 96 is an email chain produced as<br>6  SRP-AZ-00120992.  Mr. Duncan, do you recognize the email<br>7  chain that's been marked as Exhibit 96?<br>8 A.  Yes.<br>9 Q.  In September 2013, were you working with<br>10  Mr. McGinnis on issues related to community solar pricing?<br>11 A.  Yes.<br>12 Q.  Are the emails at Exhibit 96 part of that work?<br>13 A.  Yes.<br>[redacted]<br>21 Q.  Are you familiar with phone companies renting<br>22  phones to customers?<br>23 A.  Yes.<br>24 Q.  Do phone companies generally rent phones to<br>25  customers today? |
| [redacted] | 11:44:01-11:46:31 Page 73<br>1 A.  I don't know.  I don't -- I don't know.  I don't<br>2  believe so.<br>3 Q.  Do you recall when phone companies generally<br>4  rented phones to customers?<br>5 A.  Yes.<br>6 Q.  When was that?<br>7 A.  I believe 1970s and prior.<br>8 Q.  Is it your understanding that in the 1970s and<br>9  prior, phone companies were generally monopolies?<br>10  MR. BABBITT: Object to form, foundation.<br>11  THE WITNESS: Well, I'm not an expert in<br>12  that area.  I'm not terribly familiar with the<br>13  telecommunications business.<br>14  BY MR. RODRIGUEZ:<br>15 Q.  I understand you're not an expert.  But speaking<br>16  from your personal understanding and experience, do you<br>17  believe that in the 1970s and prior, phone companies were<br>18  monopolies, as a general matter?<br>19 A.  I believe so.<br>20 Q.  Is it your belief, then, that phone companies<br>21  stopped generally renting customers phones after<br>22  competition was introduced to the telephone industry?<br>23  MR. BABBITT: Same objections.<br>24  THE WITNESS: I don't know if there are<br>25  certain phone companies that don't still rent phones. |

Case 2:15-cv-00374-DLR   Document 243-1   Filed 09/30/16   Page 10 of 11

SolarCity vs. SRP Agricultural Imprv. & Power Dist  
2:15-CV-00374-DLR
Highly Confidential  
For Attorneys' Eyes Only
Dean Duncan  
April 18, 2016

---

**13:15:07-13:17:32** — Page 90

1 A. Okay. So per the chart and the heading you
2 mentioned, the peak declines by as much as 86 megawatts
3 from '15 to '16 -- from the forecast of '15 to forecast of
4 '16.
5 Q. In the time since this chart was generated, are
6 you aware of whether SRP's peak is trending higher or
7 lower?
8    MR. BABBITT: Object to form.
9    THE WITNESS: It's my recollection that it's
10 similar to FP16.
11    BY MR. RODRIGUEZ:
12 Q. Please turn to Slide 9. Mr. Duncan, what do the
13 stacked bars on Slide 9 represent?
14 A. So this is -- those bars represent the reduction
15 from financial plan 2015 forecast sales or megawatt-hours,
16 each bar represents a contribution to that reduction.
17 Q. If a portion of the bar is above the line marked
18 0.0 percent, does that mean that that component is
19 contributing to a reduction in peak?
20    MR. BABBITT: Object to form.
21    BY MR. RODRIGUEZ:
22 Q. I apologize. What does it mean if a portion of
23 the stacked bar is above the line labeled 0.0?
24 A. What that means is that a change from financial
25 plan 15 forecast to the financial plan 16 forecast is an

**13:17:39-13:19:29** — Page 91

1 increase.
2 Q. An increase in what?
3 A. In megawatt-hour sales.
4 Q. Megawatt-hour sales for SRP. Is that right?
5 A. Correct.
6 Q. So in 2015, the PV difference portion of the bar
7 graph is negative. Is that right?
8 A. Yes.
9 Q. And in 2016, it's slightly less negative. Is
10 that fair?
11 A. Perhaps neutral. I don't think there's a value
12 in 2016.
13 Q. Then beginning in 2017 and running through 2019,
14 the PV difference portion of the lines begins having a
15 positive contribution. Is that right?
16 A. It means that the sales forecast changed by those
17 amounts, increased by those amounts. It's not necessarily
18 positive or negative. It's just a change.
19 Q. So the change is a positive percentage beginning
20 in 2017 and running through at least 2020, right?
21 A. The purple bars, yes, from 2017 to 2020 are above
22 zero.
23 Q. But the change in 2015 is a negative percentage,
24 right?
25 A. Yes.

**13:19:29-13:22:01** — Page 92

1 Q. Do you have an understanding of why the
2 percentage goes from negative to positive?
3 A. I don't recall the specific drivers.
4 Q. Do you have an understanding in general, sitting
5 here today?
6 A. As a rule, we refine the forecast each year based
7 on new information, better information, and that can
8 change any of the given years.
9 Q. Do you recall anyone asking why the PV difference
10 went from a negative number to a positive number beginning
11 at about 2017?
12 A. Not that I recall, no.
13 Q. What do you believe could cause that change?
14 A. The -- obviously this is reflecting the number of
15 megawatt-hours that are coming from these sources, so
16 presumably this purple bar is the PV difference. It can
17 mean more or less units -- photovoltaic units.
18 Q. Now looking at 2015, comparing it to 2017, does
19 the difference in those two bars -- what does the
20 difference in those two bars mean with respect to
21 distributed generation, if anything?
22 A. I don't think it means anything significantly.
23 The amounts are very small, which usually means we're just
24 fine-tuning for a year's newer information.
25 Q. Please turn to Slide 23. Under the heading

**13:22:16-13:24:14** — Page 93

1 "Price Increase Assumptions," there's a table. What does
2 that table represent?
3 A. It represents the price adjustments that are
4 assumed in the financial plan.



22    MR. RODRIGUEZ: Let's mark Exhibit 100,
23 please.
24    (Deposition Plaintiff Exhibit 100 was marked
25 for identification.)

| SolarCity vs. SRP Agricultural Imprv. & Power Dist | Highly Confidential | Dean Duncan |
|---|---|---|
| 2:15-CV-00374-DLR | For Attorneys' Eyes Only | April 18, 2016 |

**13:24:35-13:26:37**  Page 94

```
 1       BY MR. RODRIGUEZ:
 2   Q.  Exhibit 100 is an email and associated attachment
 3   beginning at SRP-AZ-00509355. Mr. Duncan, if it will
 4   assist your review, I can tell you that I'm only going to
 5   ask you about the slide on page 7.
 6   A.  Promise?
 7   Q.  I do.
 8       Okay. Mr. Duncan, have you seen the slide
 9   on page 7 before?
10   A.  I have.
11   Q.  Did you contribute to the development of the
12   slide on page 7?
13   A.  In an advisory sense, yes.
```

**13:31:18-13:33:43**  Page 96

```
 5       BY MR. RODRIGUEZ:
 6   Q.  I'm done with that document, so you can put it to
 7   the side if you like.
 8       Mr. Duncan, when did you first become
 9   involved with solar-related issues at SRP?
10   A.  I first became involved -- my first recollection
11   was in 1992.
12   Q.  In what capacity were you involved with
13   solar-related issues in 1992?
14   A.  I evaluated a joint marketing and construction
15   opportunity with -- production opportunity with Mobil Oil
16   on behalf of SRP.
17   Q.  When did you first become involved with rooftop
18   solar-related issues at SRP?
19   A.  I recall when I was relatively directly as
20   treasurer.
21       THE COURT REPORTER: Did you say "relatively
22   directly"?
23       THE WITNESS: So -- Yes. Let me -- On
24   a -- on a kind of firsthand basis.
25
```

**13:33:45-13:36:19**  Page 97

```
 1       BY MR. RODRIGUEZ:
 2   Q.  And what did you do on a firsthand basis when you
 3   became involved with rooftop solar-related issues in your
 4   capacity as treasurer?
 5   A.  Primarily understand the issues or implications
 6   of net metering.
 7   Q.  What is the solar strategy team?
 8       MR. BABBITT: Object to form.
 9       THE WITNESS: A team formed as a result of
10   the -- pardon me -- following the 2012 price process.
11       BY MR. RODRIGUEZ:
12   Q.  Were you a part of the solar strategy team at the
13   time it was formed?
14   A.  Yes.
15   Q.  Did you continue to be a part of the solar
16   strategy team through 2014?
17   A.  Yes.
18   Q.  Does the solar strategy team exist today?
19   A.  No.
20   Q.  At what point did the solar strategy team no
21   longer exist?
22   A.  I think probably largely -- for all intents and
23   purposes, the summer of 2014.
24   Q.  What is your understanding of why the solar
25   strategy team ceased to exist more or less in the summer
```

