# EXHIBIT 13

Lori Singleton - March 30, 2016
Highly Confidential - For Attorneys Eyes Only

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

SolarCity Corporation,

Plaintiff,

vs.

Salt River Project Agricultural Improvement and Power District,

Defendant.

No. 2:15-CV-00374-DLR

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

VIDEOTAPED DEPOSITION OF LORI SINGLETON

Phoenix, Arizona

March 30, 2016

Prepared by:
Meri Coash, RMR, CRR
Certified Reporter
Certification No. 50327

**Coash & Coash, Inc.**
**602-258-1440 www.coashandcoash.com**

SolarCity vs. SRP Agricultural Imprv. & Power Dist
2:15-CV-00374-DLR
Highly Confidential
For Attorneys Eyes Only
Lori Singleton
March 30, 2016

Page 6

| Exhibit | Description | Page |
|---|---|---|
| Plaintiff Exhibit 83 | Email chain ending with an email to Michael Lowe, Aidan McSheffrey from Lori Singleton, dated 1-14-15, Subject: FW: Solar Data, SRP-AZ-00011025 - 11026, Highly Confidential - AEO | 222 |
| Plaintiff Exhibit 84 | Email chain ending with an email to Lori Singleton from Jason Dudley, dated 9-3-15, Subject: FW: Number of Residential Installers by Calendar Year, SRP-AZ-00391396 - 391397, Confidential | 222 |
| Plaintiff Exhibit 85 | PR sensitivity analysis, SRP-AZ-00294614, Highly Confidential - AEO | 227 |
| Plaintiff Exhibit 86 | Email to Michelle Bishop, Lori Singleton, Karen Collins from David Felix, dated 1-22-16, Subject: Solar Weekly Report 01-22-16, SRP-AZ-00388784 - 388785, Confidential | 230 |
| Plaintiff Exhibit 87 | Memorandum to Renee Castillo from Lori Singleton, 10-10-14, SRP-AZ-00422305 - 422306, Confidential | 236 |
| Plaintiff Exhibit 88 | Email chain ending with an email to Lori Singleton from John Tucker, dated 2-18-15, Subject: RE: Maricopa Community College District/City of Tempe, SRP-AZ-00348213 - 348215, Highly Confidential - AEO | 239 |
| Plaintiff Exhibit 89 | Conference call notification, SRP-AZ-00422751 - 422752, Confidential | 245 |

PREVIOUSLY MARKED EXHIBITS

Exhibit 30 Page 220

Page 7

VIDEOTAPED DEPOSITION OF LORI SINGLETON was taken on March 30, 2016, commencing at 9:04 a.m. at the law offices of Coppersmith Brockelman, PLC, 2800 North Central Avenue, Suite 1200, Phoenix, Arizona, before Meri Coash, a Certified Reporter in the State of Arizona.

* * *

APPEARANCES:

For the Plaintiff:
BOIES, SCHILLER & FLEXNER, LLP
By: Sean Phillips Rodriguez, Esq.
(Pro hac vice)
1999 Harrison Street
Suite 900
Oakland, California 94612
510-874-1000
srodriguez@bsfllp.com

For the Defendant:
WILMERHALE, LLP
By: Christopher E. Babbitt, Esq. (Pro hac vice)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6000
christopher.babbitt@wilmerhale.com

Also present: Michael O'Connor, Esq.; Kathleen A. Heth, Esq.; and Jerry Coash, videographer

09:03:44-09:04:53 Page 8

(Mr. O'Connor is not present.)

TRANSCRIPT OF PROCEEDINGS

THE VIDEOGRAPHER: We are on the record. The time on the video monitor is 9:04 a.m. Here begins volume 1, video number one in the deposition of Lori Singleton, in the matter of SolarCity Corporation versus Salt River Project Agricultural Improvement and Power District, in the United States District Court for the District of Arizona, Case Number 2:15-CV-00374-DLR.

Today's date is March 30th, 2016. Our court reporter is Meri Coash. My name is Jerry Coash, certified videographer, representing Coash & Coash. This video deposition is taking place at 2800 North Central Avenue, Phoenix, Arizona.

Counsel, please identify yourselves and state whom you represent.

MR. RODRIGUEZ: Sean Rodriguez, Boies, Schiller & Flexner, for Plaintiff SolarCity Corporation.

MR. BABBITT: Christopher Babbitt, from WilmerHale, for Salt River Project.

MS. HETH: Katie Heth, SRP.

THE VIDEOGRAPHER: Would the court reporter please swear in the witness.

09:05:04-09:05:55 Page 9

LORI SINGLETON, the witness herein, having been first duly sworn by the Certified Reporter, was examined and testified as follows:

MR. RODRIGUEZ: Just for the record, we are joined by a new videographer today. I do have a copy of his executed Exhibit A to the Protective Order.

EXAMINATION

BY MR. RODRIGUEZ:

Q. Ms. Singleton, is there any reason why you cannot give accurate testimony today?
A. No.
Q. Have you been deposed before?
A. No. I have not.
Q. The most important thing to remember is that the court reporter is taking down all the words you speak, so please be sure that all your answers are verbal. Do you understand?
A. Yes.
Q. What is your title?
A. It's director for merging customer programs for solar sustainability and technologies -- and telecom, I'm sorry. But I should say that was my title until Monday and -- and we had a reorg, so I'm working on a new title

Min-U-Script® Coash & Coash, Inc. (2) Pages 6 - 9
602-258-1440 www.coashandcoash.com

09:05:59-09:07:08 Page 10

for my -- my -- but that's been my title up until Monday.
Q. From what time until Monday was that your title?
A. For about the past four years.
Q. Okay. And prior to the last four years, what was your role at SRP?
A. Since 1993, I've been in various positions in the environmental group as manager of renewable energies and technologies and different titles, sustainable initiatives over -- since 1993. So that's more than 20 years, I think.
Q. When did you first begin working for SRP?
A. In 1978.
Q. Have you worked continuously for SRP since 1978?
A. I left for a year in the first eight years and then I -- I came back a year later.
Q. Okay. Are you an SRP customer?
A. Yes, I am.
Q. Do you have solar on your house?
A. Not on my house, but I'm part of our community solar program.
Q. When did you first become involved with solar-related issues at SRP?
A. I'd say not too long after 1993.
Q. Okay. Now, prior to Monday's reorg, what were your responsibilities?

09:07:09-09:08:31 Page 11

A. So I have kind of three separate groups. One is solar, one is sustainability, and one is telecom.
Q. How does your work on solar differ from your work on sustainability?
A. Well, solar is just one of our sustainability programs. So we have other programs for customers -- planting trees and green energy and solar and nonprofit -- so -- so they're all kind of similar.
Q. Do you work on energy efficiency issues?
A. No, I don't, typically.
Q. Which group would handle energy efficiency?
A. It's under the executive Gena Trimble.
Q. Now, are you an employee of both the District and the Association?
A. The District.
Q. Just the District. Okay.
Do you consider yourself a public servant?
A. Yes, I do.
Q. Okay. Now, what was the solar strategy team?
A. The solar strategy team was a group that SRP put together after the 2012 pricing process.
Q. And what was the connection, if any, between the 2012 pricing process and the formation of the solar strategy team?
A. There were a couple of issues that came up during

09:08:35-09:09:43 Page 12

the 2012 pricing process related to net metering and solar, and so we received some feedback from the industry and decided that we wanted to continue to think about some of the items that we'd proposed, and so we formed the solar strategy team to do that.
Q. Do you know who caused the solar strategy team to be formed? Was it a directive from someone higher up?
A. Well, it was led by Mike McGinnis, who worked as our strategy person at SRP.
Q. And now, is it correct that Mr. McGinnis passed away?
A. Yes, it is.
Q. Okay. After Mr. McGinnis's passing, who took over the solar strategy team?
A. Dean Duncan.
Q. Does Dean Duncan continue to run the solar strategy team today?
MR. BABBITT: Objection. Foundation.
THE WITNESS: The solar strategy team hasn't met in a while, but if we did, I'm sure he would lead the team.
BY MR. RODRIGUEZ:
Q. Does the solar strategy team still exist today?
A. It doesn't -- I'm -- I'm assuming that a meeting could be called at any time, but -- but we haven't met

09:09:45-09:10:44 Page 13

recently.
Q. Does the solar strategy team have any successors?
A. "Successors" meaning?
Q. Let me try a different way.
Does the solar strategy team -- has a similar group been formed since the solar strategy team last met?
MR. BABBITT: Object to form.
BY MR. RODRIGUEZ:
Q. -- last met?
A. No, not that I'm aware of.
Q. Are there any other groups or teams at SRP that are working on solar strategy?
A. Other than those who are on the solar strategy team?
Q. Yes.
A. I think primarily those that were on the team still may have various involvement in the issues.
Q. Now, do you communicate with distributed generation customers?
A. I personally don't unless there's a problem that I get called in to -- to help talk to customers. But my team handles all of that interaction with our solar customers.
Q. And who on your team handles that interaction

09:41:37-09:43:07 Page 34

I'm --
Q. I don't want to make this a memory test?
A. Okay.
MR. RODRIGUEZ: So let's mark the next exhibit.
THE WITNESS: Okay.
(Deposition Plaintiff Exhibit 53 was marked for identification.)
BY MR. RODRIGUEZ:
Q. This will be Exhibit 53. And the Bates number on this document is SRP-AZ-00010685.
Ms. Singleton, do you recall Exhibit 53?
A. I mean, I was asked the question and answered the question, so yes, I do recall.
Q. Okay. Now, do the figures in Exhibit 63 -- 53 remain accurate today, or have there been additional incentive payments?
A. Well, I -- I think there were probably the 4 million additional above the 150 due to -- we've continued to pay some water heating payments, and I know that it's currently 154 million because I looked at the reports recently --
Q. Okay.
A. -- so . . .
Q. And so you believe that the additional 4 million

09:43:11-09:44:44 Page 35

is for water heating?
A. I don't believe that that's all for water heating. I think there are various calculations and runs of our database as it relates to these numbers, and at any point in time they can change.
Q. Okay. What is community solar?
A. Community solar's an option that we have for our customers who are interested in solar and may not be able to put it on their roof because they live in an apartment or condo, they have a shaded roof, they have an old roof. So it's an additional way that we can allow customers to choose a solar option.
Q. Is community solar ever considered an option for customers that would otherwise install rooftop solar?
MR. BABBITT: Object to form.
THE WITNESS: There -- there may be customers who certainly could install -- participate in the rooftop -- I'm sorry. There may be customers who could participate in community solar who could also do solar on their rooftop. That would be a choice that the customer -- that customer makes. But primarily, we targeted -- targeted the program to customers who could not do solar on their rooftop.
BY MR. RODRIGUEZ:
Q. How long has the community solar program been

09:44:46-09:46:19 Page 36

active at SRP?
A. Since September of 2011.
Q. Does it remain active today?
A. No. That program is -- is closed for new participation except for if you're currently on the program, you're -- you are allowed to remain on the program for the -- until your five years has expired.
Q. Do you recall the time of the decision to close community solar to new participants?
A. I believe it was the end of the fiscal year FY -- April 30th of 2015 or 2014. I'm sorry. I'm like -- Let me think about this. It was closed just prior to us going into this current fiscal year, and that year began on May 1st of last year.
Q. What -- from what month to what month does SRP's fiscal year run?
A. It runs from May 1st to April 30th.
Q. Okay. Do you have an understanding as to why community solar was closed this past fiscal year?
MR. BABBITT: Object to form and foundation.
THE WITNESS: It wasn't my decision. It was an executive management decision, so I don't specifically know why they made the decision to close the program.
BY MR. RODRIGUEZ:
Q. Are you responsible for community solar?

09:46:21-09:47:28 Page 37

MR. BABBITT: Object to form.
THE WITNESS: I'm responsible for managing the program, yes.
BY MR. RODRIGUEZ:
Q. And no one told you why they decided to close the program that you're responsible for managing?
A. No one specifically said the reason that we were closing the program, to me, directly.
Q. Did anyone suggest a reason to you?
A. Generally, I could surmise that the reason that we closed the program is that the program had not been as successful as we had hoped, and we were thinking about different options as it -- as it relates to a new community solar program, and we just hadn't been able to zero in on what we thought the best option would be for our customers going forward.
Q. And who would have made the decision to close the community solar program?
A. That would have been made at the executive management -- the GM staff or his -- his -- the general manager or his staff.
Q. Who is the general manager?
A. Mark Bonsall.
Q. And who makes up the GM staff you're referring to?

09:47:28-09:48:47 Page 38

A. It's all of the executive -- direct executives that report to Mark Bonsall.
Q. Who were the original customers for community solar?
A. Who were the original customers? I wouldn't know the names of all of the customers. I can tell you I was the very first community solar customer.
Q. Who was the very first who was the --
A. I was the very first.
Q. You were the very first?
A. I was the very first customer in -- solar customer.
Q. At the beginning, was community solar targeted at a certain type of customer?
A. Because community solar is a premium program, that's one of the things that we looked at, those types of customers who would traditionally participate in a premium program. And I do know that there was -- we specifically targeted the program to apartments and condos, folks -- we had a mailing list -- an email list for those types of folks, and we targeted the program to them as well.
Q. And what about commercial or government customers? Was community solar targeted to them in the beginning?
A. In the beginning, we had an offering for schools.

09:49:00-09:50:41 Page 39

MR. RODRIGUEZ: Let's mark Exhibit 54, please.
(Deposition Plaintiff Exhibit 54 was marked for identification.)
BY MR. RODRIGUEZ:
Q. Exhibit 54 is a document with the Bates number SRP-AZ-00291304.
Ms. Singleton, do you recognize the document that's been marked as Exhibit 54?
A. Yes. It appears to be a presentation that I made. I'm not sure exactly who I made it to, but it is one of my presentations.

09:50:45-09:52:22 Page 40

09:53:40-09:55:10 Page 42

[redacted]

[redacted]

09:56:32-09:57:51 Page 44

[redacted]

[redacted]

10:11:01-10:12:11 Page 54

something as opposed to -- I mean, I would -- If you think about it, a return on my savings account is not a cost. But I don't know how return and costs and investment and revenue and fixed and variable -- that's -- that's not my area of expertise.

Q. Now, were you present at price process meetings?

A. Yes, I was.

Q. And were you present at public meetings in the price process?

A. Yes.

Q. Do you recall SRP management referring to SRP's costs?

A. Yes.

Q. At that time, did you understand that return was part of those costs?

MR. BABBITT: Object to form and foundation.

THE WITNESS: I had no -- I have no understanding about what that means or how it was -- applies to these charts.

BY MR. RODRIGUEZ:

Q. Did you speak with members of the public in connection with the price process?

A. Broadly.

10:13:55-10:15:33 Page 56

10:17:35-10:18:52 Page 58

[redacted]

[redacted]

10:20:56-10:22:23 Page 60

[redacted]

[redacted]

10:54:40-10:56:02 Page 74

MR. BABBITT: Objection. Foundation.
THE WITNESS: I didn't specifically write this, so I'm not sure what the meaning is here.
BY MR. RODRIGUEZ:
Q. Let's step back from the document --
A. Okay.
Q. -- then.
As a general matter, do you have an understanding as to how distributed generation might change utility business models?
MR. BABBITT: Same objection.
THE WITNESS: I think utilities have traditionally priced their fixed cost and their variable cost such that today, when rooftop solar customers participate in utility programs, then utilities are not capturing the full cost of the grid associated with those rooftop solar customers. So if you think about the utility and how it works today and how that will continue to work in the future as it relates to increased solar adoption, you need to think about how that business model will continue to work based on the fact that there's been little -- or, very little solar generation in the past and we're expecting that there will be increased adoption of solar in the future, which is why we've addressed the -- the, quote, business model issue during our pricing

10:56:06-10:57:47 Page 75

process.
BY MR. RODRIGUEZ:
Q. Apart from fixed and variable cost issues, is there any other way that distributed generation might change utility business models?
MR. BABBITT: Object to form, foundation.
THE WITNESS: I believe, and I'm not an expert to talk about this, but as you increase solar adoption, there could be impacts to the utility -- to the grid in terms of how it's able to interact with larger amounts of -- of solar installations.
BY MR. RODRIGUEZ:
Q. Is there any other way that distributed generation might change the utility business model?
A. I'm -- I'm not --
MR. BABBITT: Same objections.
THE WITNESS: -- I'm not specifically thinking of anything other than those two issues.
BY MR. RODRIGUEZ:
Q. Did the solar strategy team ever reach any conclusions or make a recommendation?
MR. BABBITT: Object to form.
THE WITNESS: I think -- I think during the process, the strategy team talked about a lot of different options and discussed, but the team itself was not

10:57:52-10:59:27 Page 76

responsible for making a decision. Those decisions were moved up to the executive management team and the general manager, and any decisions would have been made there.
BY MR. RODRIGUEZ:
Q. Did the solar strategy team make a recommendation to the GM or the GM staff?
MR. BABBITT: Same objection.
THE WITNESS: I don't recall that they did, but I wasn't -- I mean, Mike McGinnis was leading that or Dean Duncan was leading that, and they would have been the ones that were proposing any recommendations to executive management.
BY MR. RODRIGUEZ:
Q. Did the solar strategy team ever prepare a report summarizing its recommendations?
A. I think -- I think there were many reports over the course of that -- those solar strategy team meetings. There were many presentations.
MR. RODRIGUEZ: I believe this will be Exhibit 59.
(Deposition Plaintiff Exhibit 59 was marked for identification.)
BY MR. RODRIGUEZ:
Q. Ms. Singleton, have you seen the document marked as Exhibit 59 before today?

10:59:28-11:01:14 Page 77



11:01:16-11:04:42 Page 78

A. There are components of this document that were presentations prepared by my staff and I, it appears. I think I just saw one in here.
Q. So is it fair to say, then, that you are familiar with this document?
A. No.
MR. BABBITT: Object to form.
MR. RODRIGUEZ: Let's go off the record for just a second.
THE VIDEOGRAPHER: Off the record at 11:02 a.m.
(An off-the-record discussion ensued.)
(Deposition Plaintiff Exhibit 60 was marked for identification.)
THE VIDEOGRAPHER: We are back on the record at 11:04 a.m.
BY MR. RODRIGUEZ:
Q. While we were off the record, the reporter marked Exhibit 60, which was produced to us as a single document, beginning at Bates number SRP-AZ-00070124.
Ms. Singleton, I can represent to you that this was produced to us from your hard copy files --
A. Okay.
Q. -- or at least that's what the information that SRP provided us says.

11:04:43-11:05:40 Page 79

A. Okay.
Q. Perhaps you and I can muddle through this together --
A. Okay.
Q. -- because it appears that the document was produced to us somewhat out of order.
A. Yeah.
Q. Would you like to take a minute to orient yourself?
A. I kind of flipped through it already. But it is -- it's out of order and upside down and --
Q. It is, indeed.
A. Yeah.
Q. Now, I see there's some handwriting throughout the document.
A. Uh-huh.
Q. If you've had a chance to familiarize yourself with the handwriting, do you recognize the handwriting?
A. Let me find -- find my handwriting here.
I see handwriting on the page that says "Executive" -- this -- this does look like my handwriting.
Q. So perhaps I can help you out with the page numbers here.
A. Okay.
Q. In the bottom right, there was a number beginning

11:05:42-11:07:27 Page 80

SRP-AZ. We call those Bates numbers.
A. Uh-huh.
Q. And if you -- let's you and I agree just to refer to the last three digits of the Bates numbers.
A. Okay.
Q. It will help us orient one another.

11:07:33-11:09:11 Page 81

13:29:32-13:30:46 Page 138

[redacted]

13:30:48-13:32:03 Page 139

[redacted]

13:32:03-13:32:56 Page 140

[redacted]

13:32:59-13:34:00 Page 141

[redacted]

13:34:05-13:38:02 Page 142

with solar?
A. I'm not seeing anything else in this document that makes reference to that.
Q. Okay. You said "anything else in this document." Is there anything at all in this document that refers to customers going to SRP to resolve problems with solar?
A. No.
MR. RODRIGUEZ: So let's mark the next exhibit. It's Exhibit 65, and it's an email and attachment. The Bates number of the family begins at SRP-AZ-00026136.
(Deposition Plaintiff Exhibit 65 was marked for identification.)
BY MR. RODRIGUEZ:
Q. Ms. Singleton, do you recall this email?
A. Let me just take a minute and look at it.
Okay.
Q. Do you recall the email at Exhibit 65?
A. I don't specifically recall this email, but I see that it was an email sent from -- from John Tucker to -- to one of my staff members and copying me and Mark Carroll.
Q. Okay. Do you have an understanding of the purpose of this email?
A. No.

13:38:02-13:40:03 Page 143

Q. Okay.
A. I -- I didn't write the email. It was written by John Tucker. I don't know what . . .
Q. Did you ever ask Mr. Tucker what he meant by this email?
A. I don't recall ever doing that myself.
MR. RODRIGUEZ: Let's mark Exhibit 66, please.
(Deposition Plaintiff Exhibit 66 was marked for identification.)
BY MR. RODRIGUEZ:
Q. 66 is a document bearing the Bates number SRP-AZ-00295273.
I first want to ask you about the -- Well, first, do you recognize the document that's been marked as Exhibit 66?
A. Yes.
Q. What is the document that's been marked as Exhibit 66?
A. It looks like it's an agenda for a solar strategy meeting.
Q. Did you prepare the document that's been marked as Exhibit 66?
A. I did not personally.
Q. Would someone on your team have prin- -- prepared

13:40:06-13:42:09 Page 144

this document?
A. I believe so.
Q. Okay. I'd just like to ask you about the page number ending 280.
A. Yes.
Q. This document refers to solar calculators. Is that right?
A. Yes.
Q. And what are the solar calculators to which this page is referring?
A. It is referring to a solar calculator tool that was developed by SRP -- for SRP by Clean Power Research.
Q. Okay. And have any solar calculators, in fact, been delivered by Clean Power Research to SRP?
A. It's an online tool that we have available for customers to access.
Q. And is there only the one online tool?
A. Yes.
Q. Are there any additional tools in development?
MR. BABBITT: Object to the form.
THE WITNESS: Not that I'm aware of.
MR. RODRIGUEZ: Let's mark Exhibit 67, please.
(Deposition Plaintiff Exhibit 67 was marked for identification.)

13:42:09-13:44:14 Page 145

BY MR. RODRIGUEZ:
Q. Ms. Singleton, do you recognize the document that's been marked as Exhibit 67?
A. Yes. It appears to be a combination of several different presentations or similar to what's been presented in the last two documents.
Q. Okay. Can you tell where one presentation ends and the other begins?
A. There's an agenda in the middle of the document that would seem to imply that the first part of the document was second -- was separate from the second part of the document.
Q. Okay. And can you tell me where the page break in what you believe is the first document is?
A. Page 6.
Q. Okay. So from page 7 onwards is a new document?
A. It appears that it might be part of the same document, but perhaps the first part was presented by pricing, and the second part presented by my team -- or, put together by my team.
Q. Do you have an understanding of to whom this document would have been presented?
A. This document was presented many times internally, so it potentially could have been GM staff or another internal group at SRP.

13:44:15-13:45:21 Page 146

Q. Well, let's turn to page 13. There I'm talking about the internal pagination. It's the Bates number ending 031.
A. I'm sorry. Could you say that again? Page?
Q. Yeah, internal page 13 --
A. Okay.
Q. -- Bates number ending 031.
A. Okay.
Q. Perhaps you could look at the bottom of the slide. It says, "M. Bonsall and M. Lowe, Board Governance Committee, 10/31/2014."
A. Okay.
Q. Does that refresh your recollection as to where you may have seen this --
A. Yes.
Q. -- document before?
Okay. And so what is this document?
A. It's a document that I would have presented at the board governance committee meeting.
Q. Okay. Let's take a look at the -- So what's -- what's the Slide 13 about?

13:45:23-13:46:35 Page 147

13:46:41-13:48:07 Page 148

13:48:11-13:49:19 Page 149



SolarCity vs. SRP Agricultural Imprv. & Power Dist
2:15-CV-00374-DLR
Highly Confidential
For Attorneys Eyes Only
Lori Singleton
March 30, 2016

14:26:05-14:27:09 Page 166

Q. Okay. Now maybe you could just refresh me. Is your testimony that SRP is not pursuing a franchise model at the time? Right?
MR. BABBITT: Object to form and foundation.
THE WITNESS: As far as I'm aware, we are not exploring that model at this time.
BY MR. RODRIGUEZ:
Q. Okay. And is your testimony that SRP is not pursuing a Clean Power Finance Partnership model at this time. Is that right?
MR. BABBITT: Same objections.
THE WITNESS: Yes, as far as I know, that's correct.
BY MR. RODRIGUEZ:
Q. Same question for the affiliate model.
MR. BABBITT: Same objections.
THE WITNESS: Yes, as far as I know.
BY MR. RODRIGUEZ:
Q. Okay. Would anyone else have seen these NPV model -- numbers besides the solar strategy team?
MR. BABBITT: Objection. Foundation.
THE WITNESS: I'm not sure internally. My group did this analysis, and I'm not sure how widely others may have -- what the visibility was with others.

14:27:23-14:30:16 Page 167

BY MR. RODRIGUEZ:
Q. Okay. How many customers have signed up for E-27?
A. Currently, today, we've had 385 applications -- solar applications.
Q. And that's 385 solar applications for E-27, not E-27 P, correct?
A. Yes, that's correct.
MR. RODRIGUEZ: Okay. Let's mark the next exhibit, please.
(Deposition Plaintiff Exhibit 71 was marked for identification.)
BY MR. RODRIGUEZ:
Q. The document marked as Exhibit 71 is an email and attachment. The parent email bears the Bates number SRP-AZ-00442270.
Ms. Singleton, do you recall the email and attachment marked as Exhibit 71?
A. I -- I just need to take a minute to -- to review it.
Okay. I'm familiar with the document.
Q. And what is Exhibit 71?
A. It's a status report that was provided by me to my boss, Renee Castillo.
Q. Okay. Now, the attachment -- that is, the second

14:30:23-14:32:09 Page 168

page of Exhibit 71 -- is dated December 7th, 2015, right?
A. Yes.
Q. Okay. Now, that first chart, do I take that to mean that as of December -- December 7th, 2015 --
A. Uh-huh.
Q. -- SRP had received 283 E-27 applications since December 9th, 2014?
MR. BABBITT: Object to the form.
BY MR. RODRIGUEZ:
Q. Let me try that a different way.
What does the first chart on the page ending 271 convey?
A. It's the -- the breakdown of E-27 solar customers and the status of the applications that we'd received, the systems that had been commissioned, those that had -- had yet to be commissioned, those that are in process, and those that have somehow changed their mind or decided not to move forward with installing solar.
Q. Okay. What is the time frame for the figures in the first chart on the page ending 271?
A. Since December 9th of 2014 to December 7th, 2015.
Q. Okay. So as of December 7, 2015, SRP had received 283 E-27 solar applications, right?
A. Yes.
Q. Okay. What does it mean when a system is

14:32:15-14:33:54 Page 169

commissioned?
A. It's when the system is actually turned on by the vendor and SRP.
Q. Okay. So in approximately the first year under which E-27 was available, there were 154 solar systems commissioned that would be subject to E-27, right?
MR. BABBITT: Object to form and foundation.
THE WITNESS: Yes. That's what this chart shows.
BY MR. RODRIGUEZ:
Q. Okay. I believe you testified a moment ago that there were 385 solar applications to date under E-27. Is that right?
A. That's correct.
Q. Okay. So between December 7th, 2015, and today, which is March 30th, 2016, there was an increase of approximately 100 solar applications under E-27. Is that right?
A. That would -- if I'm doing the math right, what we've seen today, the latest numbers are 385, and this is 283.
Q. Okay. Do you have an understanding of why there would be a hundred new applications between December 7, 2015, and today?
MR. BABBITT: Objection. Foundation.

Min-U-Script® Coash & Coash, Inc. (42) Pages 166 - 169
602-258-1440 www.coashandcoash.com

15:37:02-15:38:36 Page 202

he sent you this memo?
A. No.
Q. Okay. As a general matter, if one is constructing a study, does one use a test group and a control group to compare results?
MR. BABBITT: Objection. Form and foundation.
THE WITNESS: Yes, I believe that's typically done.
BY MR. RODRIGUEZ:
Q. Okay. And typically, you would agree with me the test group is the group on whom -- Never mind.
Who would -- who is supervising the smart thermostat study?
A. Load research is working in conjunction with a member of my team.
Q. And who is the member of your team that load research is working with on the smart thermostat pilot?
A. Her name is Hilen Cruz.
Q. And do you know who in load research is working on the smart thermostat pilot?
A. I don't know specifically.
Q. Do you know generally whose team or group within load research is working on the smart thermostat pilot?
A. I don't specifically know who in that group is

15:38:39-15:40:34 Page 203

working on this assignment.
Q. Based on your experience with the load research group, is there a person or group of people that you would anticipate would be the type of people that would work on the smart thermostat pilot?
A. Those folks in Aaron Dock's group.
Q. Okay. And who is in Aaron Dock's group that you know of?
A. You know, I can't recall their names. I don't work that closely with that group at SRP.
MR. RODRIGUEZ: The next exhibit will be Exhibit 79.
(Deposition Plaintiff Exhibit 79 was marked for identification.)
BY MR. RODRIGUEZ:
Q. Exhibit 79 is a document with the Bates number SRP-AZ-00357277.
Ms. Singleton, do you recognize the document that's been marked as Exhibit 79?
A. If I could just take a minute and look at it.
Q. Absolutely.
A. Okay.
Q. Do you remember the context of the document marked as Exhibit 79?
A. Yes. It talks about the two documents that

15:40:46-15:43:54 Page 204

customers are required to sign when they participate in our solar program.
Q. Did SRP, in or around the time of the 2014-2015 price process, suggest to customers that they might want to discontinue operating their solar systems?
A. No, we did not.
[redacted]

15:43:55-15:46:17 Page 205

[redacted]

16:07:18-16:08:56 Page 218

16:10:12-16:12:32 Page 220

MR. RODRIGUEZ: This will be Exhibit 83 --
THE COURT REPORTER: We've already marked it.
MR. RODRIGUEZ: Oh. We did, indeed. This exhibit has been previously marked at Mr. Tucker's deposition as Plaintiff's Deposition Exhibit 30.
BY MR. RODRIGUEZ:
Q. Ms. Singleton, do you recognize the email chain that's been marked as --
A. I need to --
Q. -- Plaintiff 30?
A. I'm sorry. I need to take a minute to look at it.
Yes, I -- I can see that this was an email from John Tucker to Karen Collins asking how many residential solar customers we have today and how many we expect by the end of the year.
BY MR. RODRIGUEZ:
Q. Okay. And who is Karen Collins again?

16:12:33-16:14:33 Page 221

A. Karen manages our residential solar program.
Q. Okay. And Ms. Collins' email sent Thursday, September 11, 2014, 10:54 p.m. says, in the second sentence, ". . . we are averaging over 550 new applications per month (May through August) and are installing an average of 300 per month over that same timeframe." Did I read that accurately?
A. Yes.
Q. Okay. And is Ms. Collins someone who would be -- who would be knowledgeable about the number of applications and installations of solar systems in SRP territory?
A. Yes. She manages that on a day-to-day basis.
Q. Okay. And do you believe it's accurate that in approximately May through August of 2014, SRP was averaging over 550 new solar applications per month?
A. I believe if that's what she reported the numbers to be, then that's what they were.
Q. And how does an average of 550 new applications per month in May to August of 2014 compare to the rate of applications for solar systems in SRP territory today?
A. This was -- says it's 550 new applications per month. To date, we have -- since December of 2014, we have 385 applications, as I've mentioned earlier.
Q. Do you have an understanding of how many solar

16:14:41-16:17:08 Page 222

applications SRP received in 2014?
A. I believe we received around 7,000.
Q. 7,402 sound about right?
A. Yes.
MR. RODRIGUEZ: Let's just very quickly mark Exhibit 83.
(Deposition Plaintiff Exhibit 83 was marked for identification.)
BY MR. RODRIGUEZ:
Q. Exhibit 83 is a document with the Bates number SRP-AZ-00011025.
Ms. Singleton, do you recognize Exhibit 83?
A. I'm just going to take a minute to look it over.
Yes, I -- I've read the email.
Q. Is the chart at the beginning of Exhibit 83 accurate, to the best of your knowledge?
A. To the best of my knowledge, it is.
Q. Thank you.
MR. RODRIGUEZ: Let's mark Exhibit 84.
(Deposition Plaintiff Exhibit 84 was marked for identification.)
BY MR. RODRIGUEZ:
Q. Exhibit 84 is a document with the Bates number SRP-AZ-00391396.
Ms. Singleton, do you recognize the document

16:17:10-16:18:53 Page 223

that's been marked as Exhibit 84?
A. I'm just taking a minute to look at it.
Okay.
Q. Do you recognize Exhibit 84?
A. The entire document? I can see it was sent to me by Jason.
Q. Who is Kate Kennedy?
A. Kate Kennedy works in our solar group and reports to Karen Collins.
Q. Okay. And is Kate Kennedy someone who would be knowledgeable about the number of residential installers in SRP territory over time?
A. Yes, she manages that database.
Q. Okay. What database are you referring to?
A. It's -- it's the database that reflects all of our customers who participated in our solar program.
Q. Does that database have a name?
A. I believe it's called the EarthWise database. AW solar.
Q. Do you have an understanding of what the EarthWise database or AW solar -- Strike that.
Do you have an understanding of how one accesses the EarthWise database or AW solar?
A. Broadly. I don't have access, so I -- I don't know exactly how that database works.

16:18:55-16:20:20 Page 224

Q. Okay. Is it your understanding that that is a database from which it is relatively easy for personnel, such as Ms. Kennedy, to pull reports?
A. It's a very complicated database in order to pull reports.
Q. All right. Let's take a look at the page ending 397. And this appears to be an email from Ms. Kennedy to Mr. Dudley. She says, "Jason, Here are the number of unique residential installers by calendar year." Then there's a chart that purports to represent the number of residential installers by calendar year. Is that accurate?
A. I would assume if she pulled it from the database that it -- it is accurate.
Q. Okay. Now, I see on the line reporting residential installers for 2014, there were 108 residential installers.
A. Yes.
Q. Okay. And in the line reporting residential installers for 2015, there were 47 installers. Is that right?
A. Yes.
Q. Does it surprise you that the number of residential installers dropped by about half between 2014 and 2015?

16:20:23-16:22:13 Page 225

MR. BABBITT: Object to form and foundation.
THE WITNESS: I always considered that there would be a slowdown in solar applications, but I expected that that slowdown would be temporary and that the industry would come back, because I've seen that happen many times within the course of our solar programs as we've changed incentives.
BY MR. RODRIGUEZ:
Q. Can you name for me another time in the course of your solar programs where SRP has changed incentives?
A. Many times we've changed incentives over the years.
Q. Can you name a specific time when SRP has changed incentives?
A. In 2009, for -- for the first few years of our program, we had a $3 per watt incentive. And the first reduction in that incentive was to $2.70 per watt.
Q. Okay. And is there another time when SRP has changed incentives?
A. There was many times --
Q. Okay.
A. -- over the years that we changed incentives.
Q. When you're referring to "incentives" here, are you talking about those solar incentives in exchange for RECs that we discussed earlier today?